IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

DWAYNE B., by his next friend, John Stempfle;
CARMELA B., by her next friend, William Ladd;
LISA J., by her next friend, Teresa Kibby; and
JULIA, SIMON, and COURTNEY G., by their
next friend, William Ladd; for themselves and
others similarly situated,

       Plaintiffs,

v.                                                              CASE: 2:06-cv-13548
                                                                      Hon. Nancy G. Edmunds

JENNIFER GRANHOLM, in her official
capacity as Governor of the State of
Michigan, MARIANNE UDOW, in her
official capacity as Director of the Michigan
Department of Human Services ("DHS");
LAURA CHAMPAGNE, in her official
capacity as Chief Deputy Director of DHS
Operations; and JAMES HENNESSEY, in
his official capacity as Deputy Director of
DHS Children's Services,

       Defendants.

_____/

PROPOSED DISCOVERY PLAN

The Court granted Plaintiffs' motion to set a scheduling conference on March 26, 2007, and ordered the parties to submit a proposed discovery plan by April 10, 2007. Though the parties have sought in good faith to negotiate a joint discovery plan, they have been unable to reach an accord.

                              I.        Plaintiffs' Proposal

A.  <u>Proposed Schedule</u>

Plaintiffs respectfully submit that the Parties shall prepare this case for trial under the following schedule:

Witness Lists Exchanged By: September 5, 2007

Fact Discovery Cutoff: October 5, 2007

Expert Witnesses Identified By: June 11, 2007

Reports of Experts Submitted By: October 12, 2007

Expert Depositions Completed By: November 16, 2007

Dispositive Motions Filed by: December 3, 2007

Stipulation for Mediation Submitted By: December 14, 2007

Final Pretrial Order Due by: January 14, 2008

Final Pretrial Conference: January 25, 2008

Trial Date: February 11, 2008

Estimated Length of Trial: 3 Weeks

Trial will be to the bench given the equitable nature of the relief sought in this case.

B.  <u>Depositions, Interrogatories, Requests for Production and Requests for Admission</u>

This class action relates to the protection and care owed by Defendants to a certified class of 19,000 children in the custody of DHS and under Defendants' supervision and care.  In light of the scope of the relevant issues and the nature of the systemic evidence to be developed in preparation for trial, Plaintiffs propose that the limitations relating to the duration of depositions, the number of depositions, the number of depositions upon written questions and the number of interrogatories contained in Fed.

2

R. Civ. P. 30(d), 30(a)(2)(A), 31(a)(2)(A) and 33(a), respectively, not be imposed at this time.

C. <u>Case Record Review</u>

Defendants concur with Plaintiffs' suggestion that an expert extract information from a statistically significant number of children's case files to secure relevant evidence. The compilation of this evidence would proceed in accordance with a uniform protocol that is consistent with social science research methodology. Such an expert would aggregate data from the reviews. Further to these reviews, Defendants will provide Plaintiffs with access to a randomly selected, statistically significant number of case files of Plaintiff class members. In connection with the reviews, the parties anticipate stipulating to an order that maintains the records' confidentiality.

Should the parties be unable to agree upon an expert, Plaintiffs anticipate that they will individually retain an expert to separately conduct the case record review. In order to undertake the compilation of this evidence, and in the absence of agreement from Defendants for a joint review, Plaintiffs will request from the Court, in the form of a Request for the Production of Documents pursuant to Fed. R. Civ. P. 34, an order directing Defendants to provide Plaintiffs with access to a randomly selected, statistically significant number of case files of Plaintiff class members.

II. <u>Defendants' Proposal</u>

A. <u>Proposed Schedule</u>

Defendants respectfully submit that the Parties shall prepare this case for trial under the following schedule:

Witness Lists Exchanged By: October 12, 2007

Fact Discovery Cutoff: October 12, 2007

Expert Witnesses Identified By: August 17, 2007

Reports of Experts Submitted By: October 12, 2007

Expert Depositions Completed By: January 18, 2008

Dispositive Motions Filed by: March 7, 2008

Stipulation for Mediation Submitted By: March 14, 2008

Final Pretrial Order Due by: June 13, 2008

Final Pretrial Conference: June 20, 2008

Trial Date: July 7, 2008

Estimated Length of Trial: 3 Weeks

Trial will be to the bench given the equitable nature of the relief sought in this case.

B.  Depositions, Interrogatories, Requests for Production and Requests for Admission

Defendants oppose Plaintiffs' proposed waiver of the limitations on the duration of depositions, the number of depositions, the number of depositions on written questions and the number of interrogatories.  Once discovery is underway, Plaintiffs may establish good cause to go beyond these limitations.

C.  Case Record Review

Defendants are in agreement with Plaintiffs as to this provision.

Date: April 10, 2007

        Respectfully Submitted,

        By:

        _____

        Counsel for Plaintiffs
        MARCIA ROBINSON LOWRY (Bar No.1187053)
        SUSAN LAMBIASE (Bar No. 2099489)
        SARA MICHAEL BARTOSZ (Bar No. 6194058)
        ELISSA HENDLER (Bar No. 4269569)
        CHILDREN'S RIGHTS
        330 Seventh Avenue, Fourth Floor
        New York, New York  10001
        Phone: (212) 683-2210
        Facsimile: (212) 683-4015

        By:

        s/ Richard J. Landau
        RICHARD LANDAU (P42223)
        HEIDI NAASKO (P58783)
        DYKEMA GOSSETT PLLC
        400 Renaissance Center
        Detroit, Michigan 48243
        Phone:  (313) 568-6800
        Facsimile:  (313) 568-6893

        By:

        s/ William R. Morris (P31957)
        Counsel for Defendants
        MICHAEL A. COX
        Attorney General

        WILLIAM R. MORRIS
        Assistant Attorney General
        Office of the Attorney General
        3rd Floor G. Mennen Williams Building
        525 W. Ottawa Street

Lansing, Michigan 48909
Phone: (517) 373-7700
Facsimile: (517) 335-1152