**INDEX OF EXHIBITS
TO
DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO COMPEL AND
FOR ENTRY OF CONFIDENTIALITY ORDER
Case No. 2:06-CV-13548**

| **EXHIBIT** | **TITLE/DESCRIPTION** |
| --- | --- |
| Exhibit A | Proposed Interim Consent Protective Order |
| Exhibit B | Defendants' Objections and Responses to Plaintiffs' First Request for Production of Documents |
| Exhibit C | Defendants' Objections and Responses to Plaintiffs' Second Request for Production of Documents |
| Exhibit D | Declaration of Kurt McCamman |
| Exhibit E | Declaration of B. Jay Yelton, III |
| Exhibit F | Op. Atty. Gen. 1978, No. 5297 |
| Exhibit G | Op. Atty. Gen. 1991, No. 6680 |
| Exhibit H | 5 Newberg on Class Actions, §§ 9.9, 16.2, 16.3 (4th Ed. 2002) |