IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| DWAYNE B., by his next friend, John Stempfle, *et al.*, for themselves and others similarly situated, | ) ) ) | No. 2:06-cv-13548 Hon. Nancy G. Edmunds |
| Plaintiffs, | ) | |
| v. | ) ) | Class Action |
| RICK SNYDER, in his official capacity as Governor of the state of Michigan, *et al.*, | ) ) | **PROPOSED ORDER** |
| Defendants. | ) ) | |
| _____ | ) | |

**ORDER APPROVING JOINT STIIPULATION OF THE PARTIES REGARDING
PLAINTIFFS' ATTORNEYS' FEES AND EXPENSES
FOR THE PERIOD 7/1/16-6/30/17**

The Court, having considered the Parties' Joint Stipulation for Approval of Settlement Regarding Attorneys' Fees and Expenses, notice to the Class having been waived in accordance with prior Order of this Court, and the Court being fully advised,

**IT IS HEREBY ORDERED:**

1. The Court finds that the Parties' settlement of Plaintiffs' claim for attorneys' fees and expenses for the period 7/1/16-6/30/17 is fair, reasonable and adequate, pursuant to 42 U.S.C. § 1988;

2. The Court approves the Parties' settlement agreement that Plaintiffs shall be awarded $81,027.18 to compensate court-appointed Class Counsel for their investment of professional services and expenses in this class action during said period;

3. Defendants shall make full payment of the settlement amount of $81,027.18 to Plaintiffs within twenty-one (21) days of entry of this Order; and,

4. Neither Plaintiffs nor Plaintiffs' counsel will recover any additional fees, costs,

expenses or expenditures of any kind from Defendants for the July 1, 2016 through

June 30, 2017 time period.


s/ Nancy G.

Edmunds_____ _____

Honorable Nancy G. Edmunds
United States District Judge
Dated: