```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF MICHIGAN
                      SOUTHERN DIVISION
```

DWAYNE B., a minor, by his
Next Friend, John Stempfle, et al,
for themselves and others
similarly situated,

                Plaintiffs,

                                      Hon. Nancy G. Edmunds

     v.

                                        No. 06-CV-13548

GRETCHEN WHITMER, in her official
capacity as Governor of the
State of Michigan, et al,

                Defendants.
_____/

```
              STATUS CONFERENCE and MONITOR'S REPORT
                     via Zoom Videoconference
            Detroit, Michigan – Tuesday, November 10, 2020
```

APPEARANCES:

Elizabeth Pitman Gretter
Samantha Bartosz
Children's Rights
330 Seventh Avenue
New York, NY 10001
On behalf of Plaintiffs

Cassandra A. Drysdale-Crown
Neil Anthony Giovanatti
Michigan Attorney General
P.O. Box 30758
Lansing, MI 48909
517-335-7603
Email: drysdalecrownc@michigan.gov

                              –   –   –

```
              Suzanne Jacques, Official Court Reporter
                email: jacques@transcriptorders.com
```

ALSO PRESENT:

Director of MDHHS, Robert Gordon, Senior Deputy Director of
Children's Services Agency, JooYeun Chang, Erin McGuinness,
Monitors Kevin Ryan, Eileen Crummy

- - -

**I N D E X**

- - -

Proceeding                                                    Page

Status Conference and Monitors' 14th Report
on State's Compliance with Consent Decree via
Zoom Videoconferencing

  Comments by Mr. Ryan                               4

  Comments by Ms. Crummy                             6

  Comments by Ms. Gretter                            8

  Comments by Mr. Gordon                             14

  Comments by Ms. Chang                              18

  Comments by The Court                              24

 Certificate of Court Reporter                           27

Status Conference and Monitor's Report
Tuesday, November 10, 2020

1                                      Detroit, Michigan

2                                      Tuesday, November 10, 2020

3                                      10:43 a.m.

4                                 –    –    –

5

6            LAW CLERK:  Court calls the case of Dwayne B.

7    vs. Whitmer, case number 06-13548.

8            Counsel, state your appearances for the record.

9            MS. DRYSDALE-CROWN:  Assistant Attorney General

10   Cassandra Drysdale-Crown, and I'm joined today with

11   Assistant Attorney General Neil Giovanatti.  I will be the

12   lead on this, and we represent the state defendants.

13           THE COURT:  And with you this morning is Robert

14   Gordon, who is head of Health and Human Services for the

15   State of Michigan, correct?

16           MS. DRYSDALE-CROWN:  Yes, Director Gordon is

17   here with me, as well as Director Chang, who is the

18   executive director for the children's services.

19           THE COURT:  Okay.  Thank you.  Ms. Gretter?

20           MS. GRETTER:  Yes.  Good morning, Your Honor.

21   My name is Elizabeth Gretter.  I'm an attorney with

22   Children's Rights, here on behalf of the plaintiffs.  With

23   me today are my colleagues Erin McGuinness, Samantha Bartosz

24   who unfortunately can't be seen, as well as our team

25   paralegal, Makena Mugambi.

Case No. 06-CV-13548

Status Conference and Monitor's Report
Tuesday, November 10, 2020

1        THE COURT:  Thank you, Ms. Gretter.

2        And Mr. Ryan, would you like to introduce

3   yourself and Mr. Crummy, please?

4        MR. RYAN:  Kevin Ryan, monitor for the court in

5   this matter.

6        MS. CRUMMY:  Eileen Crummy, monitor for the

7   Court as well.

8        THE COURT:  Thank you very much.  So this is a

9   report on Period 17, which is the session which covers the

10   latter part of 2019, am I correct, Mr. Ryan?

11        MR. RYAN:  Yes, Your Honor.

12        THE COURT:  Okay.  Do you want to begin, please,

13   and give us a summary of the report?  Ms. Crummy can

14   participate as well, and then we can hear from both

15   plaintiff and defendant.

16        MR. RYAN:  Thank you, Your Honor.

17        We're submitting to the United States District

18   Court for the Eastern District of Michigan the 14th report

19   in the matter of Dwayne B vs. Whitmer.  This report covers

20   the first period of performance by the Michigan Department

21   of Health and Human Services under Governor Whitmer's

22   administration, led by DHHS Director Robert Gordon and the

23   senior deputy director of DHHS' Children's Service Agency,

24   JooYeun Chang.

25        This report to the Court reflects the efforts of

Case No. 06-CV-13548

Status Conference and Monitor's Report
Tuesday, November 10, 2020

1    agency leadership and the status of Michigan's reform

2    efforts as of December 31st, 2019.  This is, as you said,

3    defined as Period 17 under the Michigan Implementation,

4    Sustainability and Exit Plan, or MISEP for short.  This

5    report includes progress for the second half of 2019, and

6    predates the onset of COVID 19 in the United States.

7            This is the first monitoring report issued since

8    the ISEP 12 and ISEP 13 report covering calendar year 2017

9    due to changes in administration and ongoing negotiations

10   between the parties.  As no report was issued covering the

11   agency's performance for 2018 and the first half of 2019,

12   validated performance for these periods is included in

13   Appendices C and D of the report that we are filing this

14   morning with the court.

15           Director Gordon and Senior Deputy Director Chang

16   have been deeply engaged in this work.  They lead a strong

17   senior management team that possesses the talent and the

18   experience to address longstanding problems in the Michigan

19   child welfare system.  The early evidence of their

20   turnaround work includes substantial improvements to the

21   operations of centralized intake thanks principally to Jen

22   Wrayno and the PCU team, and marked improvements in the

23   quality of the state's data production, thanks to both the

24   quality assurance team and the data team.

25           Among the areas where the agency has already

Status Conference and Monitor's Report
Tuesday, November 10, 2020

1    achieved high levels of performance, the agency demonstrated

2    a strong commitment to worker-child visits during the

3    period, including children being visited by a caseworker at

4    their placement location at least once per month during the

5    child's first two months of placement.  The agency also

6    excelled by ensuring that at least one caseworker-child

7    visit per month included a private meeting during the

8    child's first two months of placement in an initial or new

9    placement.

10             MS. CRUMMY:  Good morning, Your Honor.

11             In addition, at the conclusion of period 17, the

12   monitoring team identified several commitments eligible for

13   movement based on DHHS' strong performance during the

14   period.  The MISEP allows that once DHHS has satisfied the

15   designated performance standard for certain commitments at

16   the end of one reporting period as validated by the

17   monitors, the commitment is eligible to be moved to Section

18   5 of the MISEP To Be Maintained.

19             Five commitments meet these criteria.  Maximum

20   Children in a Foster Home, Section 6.7; CPS Investigations

21   and Screening, PCU, Section 6.12(b); Supervisory Oversight,

22   Section 6.16; and Support for Transitioning to Adulthood,

23   Medicaid Access, section 6.36(b).  And the monitors

24   recommend to the Court and to the parties that these

25   provisions be moved to To Be Maintained.

Case No. 06-CV-13548

Status Conference and Monitor's Report
Tuesday, November 10, 2020

1          The MISEP also includes commitments that are

2    important to children's safety and permanency which still

3    have not taken hold, and the monitoring team observes, in

4    particular, these challenges:

5          Oversight.  DHHS' contract evaluations of CCIs

6    and private CPAs providing placements and services to

7    plaintiffs in numerous instances did not ensure the safety

8    and wellbeing of the plaintiffs.  DHHS developed and

9    submitted a corrective action plan addressing this area

10   which is described in our report and which we will monitor

11   for the Court.

12         Parent-Worker Visitation.  Although caseworkers

13   are expected to visit parents of children with a goal of

14   reunification at least once in the parents' home during the

15   first month of placement, the reality is those visits

16   occurred less than half the time during this period.

17         Child Permanency.  The data reflect that 1,758

18   children, 26.6 percent, exited state custody to permanency

19   within 12 months of their entry into care.  However, to meet

20   the performance standard of children's exits to permanency

21   within 12 months of entry to care, DHHS should have achieved

22   timely permanency for an additional 919 children.

23         Maltreatment in Care.  DHHS was not able to

24   produce accurate maltreatment in care data from MISEP 17 and

25   must do so in order to understand and improve children's

Status Conference and Monitor's Report
Tuesday, November 10, 2020

1    experience of safety in care.  As we said in most other

2    aspects, however, DHHS' data submissions improved markedly

3    from past periods.

4              In conclusion, there have been important strides

5    made by the new management team even as serious gaps and

6    risk to children's wellbeing and safety remain.  Those risks

7    certainly grew more pronounced in 2020 as COVID-19 struck

8    Michigan.  We have witnessed the focused, thoughtful effort

9    underway in Michigan to address longstanding issues at the

10   heart of this litigation, and we look forward to continuing

11   to validate and report to the Court evidence of the State's

12   performance to comply.

13             Thank you, Your Honor.

14             THE COURT:  Thank you, Ms. Crummy.

15             Ms. Gretter, would you like to go next on behalf

16   of the plaintiffs?

17             MS. GRETTER:  Sure.  Thank you.  Good morning,

18   everybody.  Elizabeth Gretter from Children's Rights on

19   behalf of the plaintiffs.  We are grateful for everyone's

20   time this morning, and we are glad to be here placing focus

21   on Michigan's children and the status of the state's

22   progress under the MISEP.

23             First, we want to express our gratitude for the

24   continued effort and diligence of the monitoring team.  We

25   know that this is difficult work, and we are grateful.  We

Status Conference and Monitor's Report
Tuesday, November 10, 2020

1    also note the particular pressure that the current

2    administration, including Director Gordon and Deputy

3    Director Chang are under during this unprecedented time of

4    pandemic, and we are encouraged by the focus, the energy and

5    the transparency that we have seen from this administration.

6    We are engaging in ongoing dialogue with the state about the

7    impacts of COVID on the implementation of the MISEP, and

8    will continue to do so as they do that difficult work.

9            With respect to the progress made during this

10   period by the state, plaintiffs were pleased to see

11   improvements in the area of caseloads for many DHHS workers.

12   We know that right-sized caseloads have an immediate benefit

13   to kids and to the system as a whole, and I think we've seen

14   this in the strong worker-child visitation numbers which we

15   are also very pleased to see.  We hope that those

16   improvements can be maintained, and then also carried over

17   into the adoption worker units so that the children awaiting

18   adoption can experience the same benefits as well.

19           We were pleased to see and learn of improvements

20   in data quality, which we know has been a struggle, and we

21   want to just say on the record that we have no objection to

22   any of the commitments that Kevin and Eileen just listed

23   moving into the To Be Maintained category.  That's fine from

24   our perspective.

25           Now to the challenges.  As Your Honor knows, we

Status Conference and Monitor's Report
Tuesday, November 10, 2020

1   now find ourselves 12 years into this endeavor to make

2   Michigan's foster care system safer for kids, and I cannot

3   overstate plaintiff's frustration in learning that while

4   there have been improvements, the state is still struggling

5   to perform some very basic safety functions and to protect

6   children from maltreatment while in foster care, and I would

7   like to touch on just a few of those challenges that are of

8   particular concern to us, if I may.

9          First, we note the monotoning team's finding

10  that DHHS failed to meet the MISEP outcome regarding

11  maltreatment by a rather large margin.  DHHS, they reported,

12  would have needed to prevent 120 instances of maltreatment

13  to actually meet that standard.  We also note, however, as

14  Kevin said, that due to multiple -- I'm sorry, it may have

15  been Eileen, that this number couldn't be verified, and to

16  my recollection this isn't the first time that this number

17  has not been able to be verified.  And Your Honor, this is

18  just bedrock stuff from plaintiff's perspective.  The state

19  has got to be able to count how many children are being

20  abused and neglected while in state custody.

21         We know that the state and the monitoring team

22  are working diligently to get to the bottom of those issues,

23  and so we will continue to watch there, but plaintiffs are

24  certainly frustrated, as I think everyone probably is, but

25  the data issues continue to plague a very basic question for

Status Conference and Monitor's Report
Tuesday, November 10, 2020

1    the system.

2              Second, I just wanted to briefly address the

3    safety of relative home placements.  So as Your Honor knows,

4    just for context, the MISEP used to require that relative

5    homes be licensed or get a waiver.  After the Sixth

6    Circuit's decision in D.O. v. Glisson, the revised MISEP

7    switched focus from licensing those foster homes, to making

8    sure that they are safe, so requiring DHHS to take certain

9    steps to ensure that those approved placements are safe.

10   These steps include visiting the home, criminal background

11   and registry check, and then doing that home study within 30

12   days.  Simply put, Your Honor, performance in this area is

13   very troubling to plaintiffs, and we believe it's a real

14   hole in the safety net.  The monitoring team's review found

15   performance on all of those measures at around 50 percent.

16             There's just one area that scares us in

17   particular that I want to flag, which is DHHS policy

18   requires that all household members 12 and up be run through

19   the Michigan Public Sex Offender Registry, for obvious

20   reasons, so a new member of a household where a child is

21   staying needs to be, have that sex offender registry

22   background check done.  The monitoring team reviewed 62

23   unlicensed relative placements, and found that that critical

24   safety check was only fully performed in six of those 62

25   placements, so that's 9 percent.  That is unacceptable

Case No. 06-CV-13548

Status Conference and Monitor's Report
Tuesday, November 10, 2020

1    performance to plaintiffs, and we believe places kids in

2    those homes at risk.

3              Finally, DHHS' contract oversight and licensing

4    unit continues to struggle to safely oversee the network of

5    private child caring institutions and placing agencies that

6    care for foster children in Michigan.  Particularly

7    troubling, and as we know with tragic results, is the

8    state's oversight of the CCIs or the group home facilities.

9    Just briefly, the monitoring team's review of the state's

10   oversight of these facilities found multiple instances of

11   improper restraint, inappropriate sexual conduct between

12   staff members and youth, street fighting at the facility

13   between youth, and other unsafe conditions.

14             The report notes instances of improper followup

15   by DCLW as well as numerous failures to report incidents to

16   CPS for investigation.  We know that a lot of work is being

17   done in this area right now, Your Honor, but we do struggle

18   to understand why so many years into this work the

19   department continues to allow children in these settings to

20   be placed in harm's way.  It concerns us.

21             To be very clear, though, plaintiffs are

22   confident in the current administration's ability to right

23   this ship, we are, but we also can't pretend that we don't

24   stand here holding in our hands a report that tells the

25   story of a child who lost his life as a direct result of

Case No. 06-CV-13548

Status Conference and Monitor's Report
Tuesday, November 10, 2020

1    these failures of oversight.

2            Just briefly, to name and honor him, Cornelius

3    Frederick, 16-year-old youth, was killed at Lakeside

4    Academy, a CCI owned by Sequel Youth and Family Services in

5    April of 2020.  Video of the incident shows Cornelius being

6    improperly restrained by two adult staff members for a

7    period of 12 minutes.  During that time, he was witnessed

8    struggling for breath and motionless, and he tragically died

9    two days later.  Both the DHHS investigation and the

10   monitor's report detail a history of repeated violations at

11   Lakeside, and ineffective oversight by DHHS, including a

12   shocking 73 investigations into child abuse or neglect at

13   the facility in the two years prior to Cornelius's death.

14           To date -- and we know we're talking about the

15   period after this monitoring report, but to date, we know

16   that DHHS has taken a number of steps to immediately address

17   the glaring safety concerns laid bare by this tragedy,

18   including multiple corrective actions with respect to

19   particular MISEP provisions, with the assistance of the

20   monitoring team.  Plaintiffs will continue to very closely

21   monitor the state's progress in this area to track the

22   progress of those corrective action plans, and to determine

23   whether any further action is needed to ensure that class

24   members are kept safe.

25           Again, we do appreciate the state's transparency

Case No. 06-CV-13548

Status Conference and Monitor's Report
Tuesday, November 10, 2020

1    as they do this very difficult work, and the diligence of

2    the monitoring team.  We do look forward to continuing to

3    engage with all the parties and Your Honor to work towards a

4    safer system for Michigan's children.

5              Thank you so much for your time.

6              THE COURT:  Thank you, Ms. Gretter.  Ms.

7    Drysdale or Mr. Giovanatti.

8              MS. DRYSDALE-CROWN:  Thank you very much, Your

9    Honor.  If the Court permits, I would like to introduce

10   Director Gordon and Executive Director Ms. Chang to provide

11   some testimony, as well, regarding this reporting period.

12             THE COURT:  That's fine.  We will start with

13   Director Gordon.

14             MR. GORDON:  Good morning, Your Honor, and good

15   morning everyone.

16             THE COURT:  Good morning.

17             MR. GORDON:  I'm pleased to have the opportunity

18   to present about the state's progress in this reporting

19   period, and progress -- as well as progress that has

20   continued since this reporting period.

21             At the outset, I want to note this reporting

22   period represents only the first six months of JooYeun

23   Chang's tenure as the Children's Services Administration's

24   executive director.  Michigan is fortunate to have Director

25   Chang in this leadership role, and I should add we're

Status Conference and Monitor's Report
Tuesday, November 10, 2020

1    equally fortunate to have a passionate and deeply dedicated

2    senior staff who have toiled on behalf of Michigan's youth.

3                   THE COURT:  Let me just interrupt you for a

4    moment, Mr. Gordon, in saying that my information from

5    Mr. Ryan and Ms. Crummy confirms what you've just said, that

6    this team that you have assembled is passionate, hard

7    working and really devoted to moving this case forward in a

8    way that no prior team has been, and that's good news for

9    the children and for everyone in the State of Michigan.  So

10   thank you, and thank you, Ms. Chang.

11                  MR. GORDON:  Thank you, Judge.  We're very

12   grateful for that.

13                  We agree with the court monitor's assessment

14   that this was a period of modest but important progress.  If

15   you look at the number of performance standards or the share

16   of performance standards that the state met compared to the

17   last reporting period where this judgment was made, the

18   share increased.  Was it enough?  No.  Was it meaningful

19   improvement?  Yes.

20                  This has been a period when CSA has focused on

21   putting in place structural changes that will pay off in

22   improvements over time.  So for example, Director Chang led

23   the creation of a continuous quality improvement process

24   throughout the agency.  The new team established a child

25   stack system modeled upon systems that work elsewhere, where

Status Conference and Monitor's Report
Tuesday, November 10, 2020

1   leaders across the agency review local numbers in detail to

2   identify both gains and needs.  I've had the privilege to

3   sit in on these sessions, and I believe if you did, you

4   would find them impressively detailed and evidence-based.

5           The last time we were before the Court we

6   stressed that we would be challenged in trying to drive

7   performance improvement simultaneously and effectively

8   across 52 commitments at once.  We noted that we would pay

9   particular attention to safety-related commitments.

10  Although not yet visible in the 2019 reporting period, we

11  have seen meaningful gains in our work up through the

12  present.

13          We recognize that there is much more we need to

14  do to improve the lives of children in foster care and to

15  meet commitments in the modified ISEP.  An area of interest

16  to the Court and to us has been improving our use of

17  technology.  Since in our last -- my first hearing with you,

18  there was a report prepared during the last administration

19  about the terrible problems with the MiSACWIS system, and

20  those problems continue to drive data challenges we have,

21  including some of the data challenges that the plaintiffs

22  are troubled by.  We're working as best we possibly can to

23  replace MiSACWIS.  Unfortunately, the work on replacement

24  was delayed due to budget challenges created by COVID-19.

25  That was something none of us could predict, and, in a

Status Conference and Monitor's Report
Tuesday, November 10, 2020

1    moment of intense emergency, something we had to accept.

2    Nonetheless, we released an RFP for the first module of the

3    new CIWIS(phonetic)system in December 2019, and we are now

4    days away from rewarding the contract and thus being able to

5    begin work on the new system.  We expect the first module

6    will be completed by the end of 2021, and that the full

7    transition from MiSACWIS to CIWIS(ph.) will occur over the

8    next three to five years.

9            I want to speak to two other issues that have

10   been raised before turning it over to Director Chang.  First

11   is COVID.  COVID forced us to change the way that we work,

12   and the team responded with courage and creativity.  Staff

13   continue to address urgent child protective needs, even at

14   personal risk to themselves, and we found ways to stay in

15   touch with children in need, reaching out by phone to more

16   than 13,000 families.

17           Next, I want to speak to the tragic death of a

18   young man, Cornelius Frederick, tragic and unnecessary, at a

19   Michigan child caring institution on May 1st.  First, I

20   want to say, on behalf of Department Director Chang, myself

21   and our staff, all of us were as horrified as anyone on this

22   call by what happened in that case, and all of us work with

23   great passion to try to serve every child in Michigan, and I

24   will say, with respect to the comments of the plaintiffs, I

25   hope that that is not lost here.

Case No. 06-CV-13548

Status Conference and Monitor's Report
Tuesday, November 10, 2020

1      From the day that we learned of Cornelius's

2 death, we have asked ourselves what went wrong and what must

3 we do so that no other young person loses their life the

4 same way.  We immediately suspended the license and

5 terminated the contract of that facility, we made clear the

6 state would no longer contract with entities under the same

7 management company which resulted in changes elsewhere in

8 the state, we issued an emergency rule to sharply restrict

9 the use of physical restraints.  Already, their use is down

10 significantly.  We have worked with experts from around the

11 country on a plan to improve conditions in CCIs.

12      These are all individual steps on a long path of

13 ensuring that young people in residential services are

14 treated with the same compassion and care that we want for

15 our own children.

16      So we are on a path, we are making progress, and

17 I look forward to continuing that progress together with

18 Director Chang and the whole team at CSA.  And with that,

19 let me turn it over to her.

20      Thank you, Judge.

21      THE COURT:  Thank you, Mr. Gordon.  Ms. Chang.

22      MS. CHANG:  Good morning, Your Honor.  My name

23 is JooYeun Chang, and I appreciate the chance to provide you

24 with a progress report.

25      I also just want to begin by thanking Kevin and

Case No. 06-CV-13548

Status Conference and Monitor's Report
Tuesday, November 10, 2020

1    Eileen and the entire monitoring team for their support and

2    partnership and encouragement, quite frankly, during some

3    really tough times.

4             I've learned a great deal in the short time that

5    I've served as executive director of Michigan's Child

6    Welfare System.  Thank you for acknowledging the amazing

7    leadership team that CSA has.  But I've also had the great

8    honor to meet extraordinary frontline staff who selflessly

9    and mostly behind the scenes quietly serve our children and

10   families, mostly because they believe in their capacity for

11   healing and strength, and they do so with a personal

12   conviction and commitment that simply can't be taught in a

13   training class.

14            I've also met birth parents who have overcome

15   incredible obstacles to get their children back and then

16   made it their mission to serve and support other parents

17   involved in our system, and I've met generous foster parents

18   and relative caregivers who love the children in their care

19   as if they were their own yet do all they can to support

20   family reunification.

21            It is these inspiring stories that helped me

22   navigate one of the most challenging incidents in my career,

23   the death of Cornelius Frederick.  Cornelius was a

24   16-year-old boy who was entrusted to our care at age 12, and

25   who spent the last four years of his life in an institution.

Status Conference and Monitor's Report
Tuesday, November 10, 2020

1    He died at the hands of Lakeside staff who were supposed to

2    care for and protect him.

3                After this tragedy, DHHS asked national experts

4    including the Annie E. Casey Foundation, Casey Family

5    Programs and the Belding(ph.) Burgess Initiative to conduct

6    a rapid safety assessment of our current system.  The

7    groups' recommendations included ending the use of large

8    scale institutional care for placement and the elimination

9    of dangerous seclusion and restraints.  They also

10   recommended that CSA improve our oversight of the safety and

11   quality of care provided by child caring institutions across

12   the state.  In mid July, Director Gordon issued rules

13   restricting the use of dangerous restraints, but we know we

14   can't stop there.  Placement in a child caring institution

15   should be the last resort, and only used when intervention

16   cannot be delivered in a less restrictive setting like a

17   family home.

18               Our licensing unit has made significant changes

19   and will continue to strengthen its ability to monitor

20   residential providers to ensure safety, and our program

21   offices will work with the community to ensure that

22   family-based care is available for all children.

23               I'd like to shift gears and highlight areas of

24   the modified ISEP where I believe we are making progress and

25   that demonstrate our commitment to improving critical child

Case No. 06-CV-13548

Status Conference and Monitor's Report
Tuesday, November 10, 2020

1  safety outcomes.

2          First, safety for all children in the plaintiff

3  class who are in the foster care system.  As we mentioned at

4  the last hearing, CSA established the Placement

5  Collaboration Unit to ensure that there is appropriate

6  follow-up any time concerns are raised about a child in the

7  foster care system.  We are pleased that the monitor's

8  report found that the placement collaboration unit

9  appropriately reviewed and assessed screening decisions on

10 plaintiff class children over 98 percent of the time.

11         MDHHS has also implemented, as Director Gordon

12 said, a Michigan-specific data analytics and case review

13 process that's called ChildStat which we borrowed from other

14 high performing child welfare agencies.  We've conducted

15 over 51 individual ChildStat sessions, and through this

16 process we've identified systemic practice and quality

17 assurance opportunities to improve safety for children in

18 care.  While MMT identified important data quality issues

19 that we are working to address, we believe our MIC rates

20 have dropped and improvements will show in the data in the

21 next reporting period.

22         And then finally, safety with relatives.  We

23 believe that children do best when they are placed with

24 family members who they know and trust, and it's our

25 responsibility to ensure that those placements are safe and

Status Conference and Monitor's Report
Tuesday, November 10, 2020

1    that relatives have access to the services and support they

2    need to meet the child's needs.

3            In the six-month period since the modified ISEP,

4    the state has made modest improvements to identify and

5    address safety concerns before we place a child in a

6    family's care, and we are committed to working with our

7    local offices and our private agency partners to improve the

8    resolution and documentation of all safety issues, both at

9    the time a child is placed, and to ensure that annual safety

10   checks are completed in a timely manner.

11           I also want to talk about our efforts to ensure

12   that investigations are processed in a timely manner.  Soon

13   after I joined the department in May of 2019, it came to our

14   attention that there was a backlog of over 1,300 CPS

15   investigations that had not been submitted timely by the

16   worker to their supervisor.  We took immediate action by

17   sending central office staff into the field, we reviewed

18   policy to eliminate those that were redundant or outdated,

19   and we held weekly leadership calls with all counties with

20   more than five overdue investigations to problem solve with

21   them in real time.  We were able to eliminate that backlog

22   within four months, and have consistently had less than two

23   percent of our investigations past due for submission for

24   supervisory review.

25           And then finally, I'd like to quickly share with

Case No. 06-CV-13548

Status Conference and Monitor's Report
Tuesday, November 10, 2020

1    you our efforts to make system-level changes that will help

2    us prevent maltreatment in the first instance, and keep

3    plaintiff class children safe.

4             As Director Gordon noted earlier, the CSA

5    leadership team has focused the last year not only on

6    achieving the improvements in the modified ISEP, but really

7    have invested in a system-level transformation that we

8    believe is necessary to create sustained improvements not

9    only for plaintiff class children but all Michigan's

10   children who are at risk of abuse and neglect and come to

11   our attention.

12            We are working to move our child welfare system

13   upstream, investing in early intervention activities, and

14   our goal is to ensure that the first call to the hotline is

15   the last.  Far too many of our families encounter our system

16   multiple times because our system has been designed to

17   intervene after crisis occurs rather than at the first

18   warning signs of family distress.

19            We partnered with Chapin Hall at University of

20   Chicago to understand who is at risk of entering foster care

21   and what drives them into our system.  Our goal was to use

22   this data to target populations and create prevention

23   interventions in the fall of 2021 as part of our

24   implementation of the Family First Prevention Services Act.

25   However, the precipitous drop in calls to our hotline during

Case No. 06-CV-13548

Status Conference and Monitor's Report
Tuesday, November 10, 2020

1    the start of the pandemic required us to push up our

2    timeline and use this information to serve families who we

3    knew were at risk but were simply invisible to us.

4              On March 10 of this year, Governor Whitmer

5    issued an executive order requiring residents of Michigan to

6    stay at home to reduce the spread of COVID.  Almost

7    overnight, we saw a 50 percent drop in the calls to the

8    hotline.  We immediately trained over 500 child welfare

9    staff to contact at-risk families, and through this outreach

10   effort, we contacted over 8,200 families and provided

11   service referrals, support and information to address their

12   needs.  This activity was repeated again at the end of this

13   summer, resulting in an additional 5,300 family contacts.

14             But we know there is much more to do, and we

15   will persist in our efforts to transform our system until we

16   are able to address safety needs before family problems

17   become crises, and we will invest in evidence-informed

18   programs to support the children who need the temporary

19   protection that foster care provides.

20             Thank you so much.

21             THE COURT:  Thank you, Ms. Chang.

22             Well, this has been a time that -- the last half

23   of 2019 reflects a time of real progress, and kind of the

24   underlining of real deficits that still need to be

25   addressed.

Case No. 06-CV-13548

Status Conference and Monitor's Report
Tuesday, November 10, 2020

 1           When I met with the mediators before this

 2    hearing I had a couple of questions for them, and I'll relay

 3    their answer.  My main question was, why are we still seeing

 4    these deficits in the reporting and correction of

 5    maltreatment in care and child permanency, oversight

 6    generally?  What's the cause of the -- not what's the cause

 7    of the maltreatment, what's the cause of our inability to

 8    get a handle on it?  And they said that's the $64,000

 9    question.  And it's a question that I think Director Gordon,

10    Deputy Director Chang know very well and are very focused

11    on, and I'm hoping that in this next period we begin to

12    address that in a, not in a more meaningful way because I

13    think it's been addressed in a meaningful way, but in a more

14    productive way so that we can get those numbers closer to

15    where we want them to be.

16           Overall, I understand the plaintiff's

17    frustration.  You don't want to see one child who is denied

18    placement and permanency, you don't want to see one child

19    injured or traumatized, you certainly don't want to see a

20    child die, and that had to have been terribly traumatic for

21    everyone involved in that incident, and in the monitoring of

22    the foster care system and in the progress that's been made.

23           So I commend the state, Deputy Director Chang,

24    Director Gordon.  I share the frustration of the plaintiffs.

25    It's been 12 years that I've been working on this, I guess

Case No. 06-CV-13548

Status Conference and Monitor's Report
Tuesday, November 10, 2020

```
 1   12 years for Mr. Ryan and Ms. Crummy.  Ms. Bartosz, too, has

 2   been in here for about 12 years.  And I'm going to retire

 3   pretty soon, so I'd like, before I retire, to have this

 4   wrapped up, if possible.  I'm not pushing to get it done

 5   more quickly, I'm just saying let's continue on the great

 6   progress that's being made, always with an eye to knowing we

 7   can do better, and must, for the benefit of the children in

 8   the system.

 9              Unless you have questions for me or for each

10   other, I think we can adjourn.

11              MS. GRETTER:  Nothing from plaintiffs, Your

12   Honor.

13              MS. DRYSDALE-CROWN:  Thank you, Your Honor.

14              THE COURT:  Okay.  Thank you all.

15              Do we have any sense of when the next reporting

16   will be, Mr. Ryan?

17              MR. RYAN:  Eileen, will that be springtime?

18   You're on mute, Eileen.  The brains of the operation cannot

19   be on mute.

20              MS. CRUMMY:  We hope we'll be able to issue the

21   next report in the spring.

22              THE COURT:  I look forward to seeing you then.

23   Maybe we can see each other in person.

24              MR. RYAN:  Yes.

25              MS. CRUMMY:  That would be wonderful.
```

Case No. 06-CV-13548

Status Conference and Monitor's Report
Tuesday, November 10, 2020

1        THE COURT:  Thank you all again.

2        (Proceedings concluded at 11:20 a.m.)

3                    -   -   -

4

5

6           **C E R T I F I C A T I O N**

7

8   I, Suzanne Jacques, Official Court Reporter for the United

9   States District Court, Eastern District of Michigan, Southern

10  Division, hereby certify that the foregoing is a correct

11  transcript of the proceedings in the above-entitled cause on the

12  date set forth.

13

14

15  s/Suzanne Jacques                    12/7/2020
    Suzanne Jacques, RPR, RMR, CRR, FCRR      Date
16  Official Court Reporter
    Eastern District of Michigan
17

18                    -   -   -

19

20

21

22

23

24

25

                Case No. 06-CV-13548