IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DWAYNE B., by his next friend, John Stempfle, *et al.*, for themselves and others similarly situated,<br>　　　　　Plaintiffs,<br>v.<br><br>GRETCHEN WHITMER, in her official capacity as Governor of the state of Michigan, *et al.*,<br>　　　　　Defendants. | No. 2:06-cv-13548<br>Hon. Nancy G. Edmunds<br><br><br>Class Action |

## ORDER APPROVING JOINT STIIPULATION OF THE PARTIES REGARDING PLAINTIFFS' ATTORNEYS' FEES AND EXPENSES FOR THE PERIOD 7/1/20-6/30/21

The Court, having considered the Parties' Joint Stipulation for Approval of Settlement Regarding Attorneys' Fees and Expenses, notice to the Class having been waived in accordance with prior Order of this Court, and the Court being fully advised,

**IT IS HEREBY ORDERED:**

1. The Court finds that the Parties' settlement of Plaintiffs' claim for attorneys' fees and expenses for the period 7/1/20-6/30/21 is fair, reasonable and adequate, pursuant to 42 U.S.C. § 1988;

2. The Court approves the Parties' settlement agreement that Plaintiffs shall be awarded $36,654.15 to compensate court-appointed Class Counsel for their investment of professional services and expenses in this class action during said period;

3. Defendants shall make full payment of the settlement amount of $36,654.15 to Plaintiffs within twenty-one (21) days of entry of this Order; and,

4. Neither Plaintiffs nor Plaintiffs' counsel will recover any additional fees, costs, expenses or expenditures of any kind from Defendants for the July 1, 2020 – June 30, 2021 time period.

                                                                                 s/ Nancy G. Edmunds
                                                                                 Honorable Nancy G. Edmunds
                                                                                 United States District Judge

Dated:  December 7, 2021