```
 1                IN THE UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF MICHIGAN
 2
    DWAYNE B., a minor by his Next    )
 3  Friend, John Stempfle, et al, for) Detroit, Michigan
    themselves and others similarly  )
 4  situated,                         )
                                      )
 5      Plaintiff,                    ) January  24, 2023
        vs.                           ) 11:07 a.m.
 6                                    )
    GRETCHEN WHITMER, in her official )
 7  capacity as governor of the state) Case No. 06-3548
    of Michigan, et al.,              )
 8                                    )
        Defendant.                    )
 9  _____ )

10
                         TRANSCRIPT OF HEARING
11            BEFORE THE HONORABLE NANCY G. EDMUNDS
                   UNITED STATES DISTRICT JUDGE
12

13  APPEARANCES:

14  For the Plaintiff:  SAMANTHA BARTOSZ
                        Children's Rights
15                      330 Seventh Avenue
                        New York, NY 10001
16

17  For the Defendant:  CASSANDRA A. DRYSDALE-CROWN
                        Michigan Attorney General
18                      PO Box 30758
                        Lansing, MI  48909
19

20

21  Court Reporter:     Carol M. Harrison, RMR, FCRR
                        1000 Washington Avenue
22                       Bay City, MI  48708

23

24          Proceedings reported by stenotype reporter.
          Transcript produced by Computer-Aided Transcription.
25
```

|  |  |  |
|---|---|---|
| | 1 | P R O C E E D I N G S |
| 11:05:43AM | 2 | (At 11:07 a.m., proceedings began.) |
| 11:07:41AM | 3 | **THE CLERK:**  06-13548, D.B. versus Granholm. |
| 11:07:47AM | 4 | Counsel, please state their name for the record. |
| 11:07:51AM | 5 | **MS. BARTOSZ:**  Good morning, Your Honor, Samantha |
| 11:07:52AM | 6 | Bartosz from Children's Rights on behalf of the plaintiff. |
| 11:07:59AM | 7 | **MS. DRYSDALE-CROWN:**  Good morning, Your Honor.  This |
| 11:08:00AM | 8 | is Assistant Attorney General Cassandra Drysdale-Crown.  I |
| 11:08:05AM | 9 | apologize for not being able to turn on my video.  I'm having a |
| 11:08:09AM | 10 | little glitch here on my end. |
| 11:08:10AM | 11 | I am here on the behalf of State defendants.  I have |
| 11:08:13AM | 12 | with me Director Elizabeth Hertel, as well as Director |
| 11:08:19AM | 13 | Demetrius Starling and Director Kelly Sesti on behalf of State |
| 11:08:24AM | 14 | defendants. |
| 11:08:25AM | 15 | **THE COURT:**  And I see that Director Hertel is here as |
| 11:08:29AM | 16 | well. |
| 11:08:40AM | 17 | (Off-the-record discussion.) |
| 11:10:10AM | 18 | **THE COURT:**  Okay.  And I see Director Starling is |
| 11:10:12AM | 19 | here as well.  I don't know if you were introduced just a |
| 11:10:15AM | 20 | moment ago or not. |
| 11:10:18AM | 21 | **MS. DRYSDALE-CROWN:**  Sure, Your Honor.  Thank you. |
| 11:10:21AM | 22 | If you would like us to start with State defendants, we'd be |
| 11:10:24AM | 23 | more than honored to start. |
| 11:10:26AM | 24 | Good morning.  As I -- |
| 11:10:27AM | 25 | **THE COURT:**  Well, sorry.  I would like to hear from |

| | |
|---|---|
| 11:10:30AM | 1 |
| 11:10:33AM | 2 |
| 11:10:36AM | 3 |
| 11:10:42AM | 4 |
| 11:10:43AM | 5 |
| 11:10:45AM | 6 |
| 11:10:50AM | 7 |
| 11:10:57AM | 8 |
| 11:11:03AM | 9 |
| 11:11:05AM | 10 |
| 11:11:09AM | 11 |
| 11:11:14AM | 12 |
| 11:11:17AM | 13 |
| 11:11:20AM | 14 |
| 11:11:23AM | 15 |
| 11:11:28AM | 16 |
| 11:11:31AM | 17 |
| 11:11:36AM | 18 |
| 11:11:39AM | 19 |
| 11:11:41AM | 20 |
| 11:11:46AM | 21 |
| 11:11:51AM | 22 |
| 11:11:54AM | 23 |
| 11:11:55AM | 24 |
| 11:11:59AM | 25 |

the minors before I hear from the parties.

          **MS. DRYSDALE-CROWN:**  Thank you.

          **THE COURT:**  Mr. Ryan and Ms. Crummy.

          **MR. RYAN:**  Good morning, Your Honor.  This is Kevin Ryan.  Today we're submitting the 18th report to the Court in the matter of Dwayne B. versus Whitmer covering period 21, which is July 1st, 2021 to December 31, 2021 under the Modified Implementation Sustainability and Exit Plan called the MISEP.

      Michigan DHHS met or exceeded the required performance standards in 13 areas monitored for compliance in MISEP period 21.  In all of these 13 areas, the State also exceeded or came very close to the performance standard in previous periods as well.

      Among areas where the agencies continue to achieve high levels of performance are caseloads.  DHHS exceeded the caseload standards established for Child Protective Services workers, purchase of service workers, and licensing workers.

      Also worker-child visits, ensuring that children receive at least one visit per month in their placement location, promptly completing investigations of child abuse and neglect and ensuring children's health records are up to date and include children's -- are included in children's digital case records.

      The MISEP allows that once DHHS has satisfied the designated performance standard for certain commitments at the

| | | |
|---|---|---|
| 11:12:03AM | 1 | end of one reporting period, as validated by the monitors, the |
| 11:12:06AM | 2 | commitment is eligible to be moved to the Section 5 of the |
| 11:12:10AM | 3 | MISEP, just called "To Be Maintained", and three commitments |
| 11:12:14AM | 4 | meet this criteria at the conclusion of MISEP period 21: |
| 11:12:18AM | 5 | Worker-Child Visits, one visit per month in the placement |
| 11:12:22AM | 6 | location, which is Section 6.21.b; Child Case File, Medical and |
| 11:12:29AM | 7 | Psychological, one, which is Section 6.30; and Child Case File, |
| 11:12:35AM | 8 | Medical and Psychological, two, which is Section 6.30. |
| 11:12:41AM | 9 | The MISEP also allows that for certain commitments, |
| 11:12:44AM | 10 | once DHHS has maintained performance at the designated |
| 11:12:49AM | 11 | performance standard for two consecutive reporting periods, the |
| 11:12:52AM | 12 | commitment will be moved to Section 4 of the MISEP, known as |
| 11:12:55AM | 13 | Structures and Policies.  One commitment met these criteria at |
| 11:12:59AM | 14 | the conclusion of MISEP 21, Support for Transitioning to |
| 11:13:03AM | 15 | Adulthood which is 6.36.a. |
| 11:13:17AM | 16 | THE COURT:  Ms. Crummy, I think you're muted. |
| 11:13:18AM | 17 | MS. CRUMMY:  Sorry about that.  Good morning, Your |
| 11:13:18AM | 18 | Honor. |
| 11:13:21AM | 19 | In addition to the 13 areas where Michigan DHHS met |
| 11:13:24AM | 20 | or exceeded the required performance standards in MISEP period |
| 11:13:28AM | 21 | 21, the State was within 10 percent of the performance standard |
| 11:13:32AM | 22 | in 17 areas.  Of these 17 areas, the State was within 5 percent |
| 11:13:37AM | 23 | of the performance standard in six areas, with performance at |
| 11:13:42AM | 24 | or above 90 percent.  Examples include, 98.8 percent of |
| 11:13:47AM | 25 | children in period 1 were placed in a licensed foster home, a |

| | | |
|---|---|---|
| 11:13:51AM | 1 | licensed facility, pursuant to a court order or in an |
| 11:13:55AM | 2 | unlicensed relative home pursuant to commitment 6.5. |
| 11:14:00AM | 3 | 93.6 percent had at least one visit per month with |
| 11:14:05AM | 4 | their case worker that included a private meeting pursuant to |
| 11:14:08AM | 5 | commitment 6.21.b, and 91.8 percent of foster care workers had |
| 11:14:15AM | 6 | caseloads of no more than 15 children pursuant to commitment |
| 11:14:22AM | 7 | 6.14. |
| 11:14:22AM | 8 | In total, Your Honor, DHHS exceeded, met or came |
| 11:14:25AM | 9 | close to meeting the performance standards in 30 of 55 areas |
| 11:14:30AM | 10 | monitored for period 21. |
| 11:14:33AM | 11 | In the MISEP -- the MISEP includes other commitments, |
| 11:14:35AM | 12 | however, that have not yet taken hold.  Maltreatment in care |
| 11:14:40AM | 13 | investigations.  The monitoring team reviewed a sample of |
| 11:14:43AM | 14 | unsubstantiated investigations into abuse and neglect of |
| 11:14:48AM | 15 | children in the state's care from federal fiscal year 2021, the |
| 11:14:53AM | 16 | period which is October 1st of 2020 to September 30th of '21, |
| 11:14:58AM | 17 | and the team determined that 34, or 37 percent, of 92 randomly |
| 11:15:05AM | 18 | selected investigations were deficient.  This includes nine |
| 11:15:09AM | 19 | investigations the monitoring team determined met the criteria |
| 11:15:13AM | 20 | for substantiation of child abuse and neglect and 25 |
| 11:15:17AM | 21 | investigations where there was insufficient information |
| 11:15:20AM | 22 | gathered to render a finding. |
| 11:15:23AM | 23 | DHHS reviewed the monitoring team's findings and |
| 11:15:27AM | 24 | agreed that 29, or 31.5 percent, of the 92 investigations were |
| 11:15:32AM | 25 | deficient.  Summaries of these cases will be filed under seal |

| | | |
|---|---|---|
| 11:15:37AM | 1 | with the Court. |
| 11:15:38AM | 2 | In addition, for the past year, the monitoring team |
| 11:15:41AM | 3 | has been reviewing a more recent sample of completed abuse and |
| 11:15:45AM | 4 | neglect investigations from October 1st of 2021 through |
| 11:15:50AM | 5 | September 30th, 2022, and we have been meeting with DHHS |
| 11:15:55AM | 6 | leadership regularly to discuss many of these investigations. |
| 11:15:59AM | 7 | We expect to file with the Court in March our findings from |
| 11:16:03AM | 8 | this more recent review of cases. |
| 11:16:06AM | 9 | In addition to Child Safety and Commitment, 6.1, the |
| 11:16:09AM | 10 | State did not meet or nearly meet the performance standards for |
| 11:16:13AM | 11 | 24 other commitments, including 6.8 and 6.9, the length of time |
| 11:16:19AM | 12 | children spend in emergency and temporary facilities and the |
| 11:16:23AM | 13 | number of times they did so; ensuring periodic and ongoing |
| 11:16:28AM | 14 | medical, dental and mental health examinations and screening |
| 11:16:32AM | 15 | pursuant to commitment 6.29; securing informed consent for the |
| 11:16:38AM | 16 | administration of psychotropic medication to children in |
| 11:16:42AM | 17 | commitment 6.33; and the documentation and oversight of |
| 11:16:46AM | 18 | psychotropic medication to children in commitment 6.34. |
| 11:16:51AM | 19 | And the State did not achieve its commitment on the |
| 11:16:53AM | 20 | last remaining permanency commitment in the MISEP, permanency |
| 11:16:58AM | 21 | indicator one, commitment 6.3, which measures the percent of |
| 11:17:02AM | 22 | children who went to foster care within a 12-month period who |
| 11:17:06AM | 23 | were discharged to permanency within 12 months of their entry |
| 11:17:11AM | 24 | date. |
| 11:17:12AM | 25 | Based on the dates file -- files provided by DHHS, |

| | | |
|---|---|---|
| 11:17:17AM | 1 | the monitoring team calculated that of the 5,483 children who |
| 11:17:21AM | 2 | entered foster care between October 1st, 2018 and |
| 11:17:26AM | 3 | September 30th, 2019, 1,501 children, or 27.4 percent, exited |
| 11:17:35AM | 4 | to permanency within 12 months of their entry.  DHHS did not |
| 11:17:40AM | 5 | meet the MISEP standard of 40.5 percent for this commitment. |
| 11:17:45AM | 6 | To meet the performance standard agreed upon by the parties, |
| 11:17:50AM | 7 | DHHS should have achieved permanency for an additional 720 |
| 11:17:55AM | 8 | children. |
| 11:17:55AM | 9 | In sum, Your Honor, the State has made significant |
| 11:17:58AM | 10 | progress in 30 of 55 areas monitored in period 21, and |
| 11:18:03AM | 11 | significant work remains in 25 areas.  There is no question |
| 11:18:07AM | 12 | that progress has been made in this case and with continued |
| 11:18:11AM | 13 | leadership, investment and focus, we hope the State will |
| 11:18:15AM | 14 | continue to do so for children in the State's care. |
| 11:18:18AM | 15 | Thank you, Your Honor. |
| 11:18:21AM | 16 | **THE COURT:**  Thank you Ms. Crummy, Mr. Ryan.  As |
| 11:18:24AM | 17 | usual, your oversight and your report are extremely valuable to |
| 11:18:31AM | 18 | me, and I appreciate all that you've been doing to move this |
| 11:18:37AM | 19 | whole program forward. |
| 11:18:41AM | 20 | And I would be happy to hear now from the State and |
| 11:18:45AM | 21 | then from the plaintiffs. |
| 11:18:53AM | 22 | **MS. DRYSDALE-CROWN:**  Thank you, Your Honor. |
| 11:18:54AM | 23 | On the behalf of the State, I would like to introduce |
| 11:18:58AM | 24 | Michigan Department of Health and Human Services Director |
| 11:19:01AM | 25 | Elizabeth Hertel.  She will speak first to this Court, and then |

| | | |
|---|---|---|
| 11:19:05AM | 1 | second we'll have Children's Services Agency Executive |
| 11:19:09AM | 2 | Demetrius Starling, and Children's Services Bureau Director |
| 11:19:14AM | 3 | Kelly Sesti. |
| 11:19:16AM | 4 | So today first you'll hear from Director Hertel.  She |
| 11:19:19AM | 5 | will provide a general overview of the Department's continued |
| 11:19:23AM | 6 | progress on the MISEP.  And then you will hear from Kelly Sesti |
| 11:19:29AM | 7 | who will provide a PowerPoint presentation that will focus on |
| 11:19:34AM | 8 | not only the progress made in the CAPs but also MISEP 21.  And |
| 11:19:41AM | 9 | then you will hear from Director Starling who will provide an |
| 11:19:47AM | 10 | overview of the efforts the Department is making in its |
| 11:19:50AM | 11 | continued efforts to improve children's safety who are placed |
| 11:19:53AM | 12 | in the care of Michigan. |
| 11:19:56AM | 13 | Director Hertel, I turn it over to you. |
| 11:20:00AM | 14 | **DIRECTOR HERTEL:**  Thank you, and thank you, Your |
| 11:20:03AM | 15 | Honor, for this opportunity to continue to update the Court |
| 11:20:05AM | 16 | with our ongoing efforts and strategies to ensure that children |
| 11:20:09AM | 17 | placed in our care are safe and are achieving positive |
| 11:20:13AM | 18 | outcomes.  I would also like to thank Children's Rights and the |
| 11:20:17AM | 19 | Michigan monitoring team for their continued efforts to provide |
| 11:20:19AM | 20 | technical assistance and to discuss items of interest for both |
| 11:20:24AM | 21 | parties. |
| 11:20:26AM | 22 | After the Correction Action Plans were approved by |
| 11:20:29AM | 23 | this Court in April of 2022, we continue to have open lines of |
| 11:20:33AM | 24 | communication with the court monitors as we effectively |
| 11:20:37AM | 25 | implement some of the strategies identified in the Corrective |

| | | |
|---|---|---|
| 11:20:40AM | 1 | Action Plans.  As of December 31st, 2022, the Department has |
| 11:20:45AM | 2 | fully implemented 70 of the 72 Corrective Action Plan items, |
| 11:20:49AM | 3 | while the final two are currently progressing toward full |
| 11:20:54AM | 4 | implementation. |
| 11:20:55AM | 5 | The MISEP reporting period currently before this |
| 11:20:58AM | 6 | Court contains data collected from July 1st, 2021 through |
| 11:21:02AM | 7 | December 31st, 2021.  Therefore, this data does not reflect our |
| 11:21:06AM | 8 | current performance resulting from the CAP strategies benefits, |
| 11:21:10AM | 9 | which are helping us improve on several fronts as we refine our |
| 11:21:15AM | 10 | commitment to ensuring the safety of children placed in our |
| 11:21:18AM | 11 | care. |
| 11:21:19AM | 12 | One area that is especially noteworthy is the |
| 11:21:21AM | 13 | Department's continued efforts to implement strategies to |
| 11:21:25AM | 14 | increase placement array.  These efforts include Public Act 166 |
| 11:21:29AM | 15 | of 2022, which is our State's appropriations bill, which |
| 11:21:33AM | 16 | included $15 million of one-time funding for child caring |
| 11:21:37AM | 17 | institutions.  Additionally, a $10 million dollar legislative |
| 11:21:42AM | 18 | transfer request made by the Department was approved for child |
| 11:21:46AM | 19 | caring institutions. |
| 11:21:47AM | 20 | The combined 25 million was issued as a lump sum |
| 11:21:50AM | 21 | payment to those child caring institutions committed to |
| 11:21:53AM | 22 | providing services in fiscal year '23.  Fiscal year '23 child |
| 11:21:59AM | 23 | caring institutions rate increases are an average of 5 percent |
| 11:22:02AM | 24 | for abuse and neglect programs, 12 percent for juvenile justice |
| 11:22:06AM | 25 | programs and this is inclusive of a $2 per hour direct wage |

| | | |
|---|---|---|
| 11:22:10AM | 1 | increase. |
| 11:22:12AM | 2 | Fiscal year '23 increased rates for foster parents, |
| 11:22:16AM | 3 | independent living providers, relatives and adoptive parents |
| 11:22:20AM | 4 | and guardians by 20 percent, which we implemented on |
| 11:22:23AM | 5 | October 1st of 2022, and I continue to personally review every |
| 11:22:28AM | 6 | emergency shelter placement. |
| 11:22:31AM | 7 | In our continuing efforts to monitor contract |
| 11:22:33AM | 8 | oversight and improve the safety of children in our care, I |
| 11:22:36AM | 9 | have implemented the MI Kids Now Executive Governance |
| 11:22:40AM | 10 | Committee, which provides oversight of all decision making |
| 11:22:43AM | 11 | related to contract action for congregate care facilities. We |
| 11:22:47AM | 12 | also maintain our steadfast focus on ensuring the safety of all |
| 11:22:52AM | 13 | youth receiving treatment in congregate care facilities through |
| 11:22:54AM | 14 | intensive improvements in oversight of those facilities where |
| 11:22:57AM | 15 | our children are placed, which Director Starling will address |
| 11:23:01AM | 16 | further in this hearing. |
| 11:23:05AM | 17 | Although we are experiencing the nationwide |
| 11:23:06AM | 18 | phenomenon of increased demand for behavioral health services, |
| 11:23:10AM | 19 | Michigan strives to lead the way in changing this in a number |
| 11:23:13AM | 20 | of ways. For example, we have implemented a student loan |
| 11:23:17AM | 21 | repayment program to help address work force challenges in the |
| 11:23:22AM | 22 | behavioral health field that lead to limited ability to serve |
| 11:23:26AM | 23 | children. So far the $2 million of educational debt |
| 11:23:30AM | 24 | forgiveness has been awarded to Michigan clinicians providing |
| 11:23:33AM | 25 | mental health services in eligible nonprofit practice sites or |

| | | |
|---|---|---|
| 11:23:36AM | 1 | public school based systems, 74 percent of which are providers |
| 11:23:41AM | 2 | in our community mental health service programs. |
| 11:23:44AM | 3 | Additionally, Michigan recently implemented the first |
| 11:23:48AM | 4 | cohort of grants to community mental health service providers |
| 11:23:51AM | 5 | to implement innovative approaches to enhance intensive crisis |
| 11:23:55AM | 6 | stabilization services for children and families, which |
| 11:23:58AM | 7 | includes 24/7 availability of those services, statewide |
| 11:24:02AM | 8 | coverage, access expectations and alignment to the State's |
| 11:24:06AM | 9 | model with national best practice approaches. |
| 11:24:10AM | 10 | Additionally, Michigan has expanded its intensive |
| 11:24:12AM | 11 | community transition services benefit to assist with the |
| 11:24:16AM | 12 | discharge process and to move children out of our Hawthorne |
| 11:24:20AM | 13 | Center, which is Michigan's inpatient psychiatric hospital, and |
| 11:24:24AM | 14 | into community-based settings. |
| 11:24:26AM | 15 | These services are available to adults and children |
| 11:24:29AM | 16 | who are ready to be discharged to a community based setting but |
| 11:24:33AM | 17 | require more intensive care than those in a traditional |
| 11:24:36AM | 18 | setting.  These services recognize the acute needs of patients |
| 11:24:40AM | 19 | and create a supportive structure to ensure successful |
| 11:24:44AM | 20 | transition to a traditional community placement and are funded |
| 11:24:47AM | 21 | 100 percent by State dollars. |
| 11:24:50AM | 22 | We continue to move forward toward the development of |
| 11:24:54AM | 23 | psychiatric residential treatment facilities, Medicaid benefit |
| 11:24:58AM | 24 | that will serve as a step-up or a step-down setting for |
| 11:25:01AM | 25 | children.  This facility -- these facilities will support a |

| | | |
|---|---|---|
| 11:25:05AM | 1 | transition process for children to reenter the community for |
| 11:25:08AM | 2 | many inpatient, public or private setting that is funded |
| 11:25:11AM | 3 | through the Medicaid program. |
| 11:25:15AM | 4 | The current year budget also includes $30.5 million |
| 11:25:18AM | 5 | to support expanded access and capacity for behavioral health |
| 11:25:22AM | 6 | services, and these funds support expansion of that intensive |
| 11:25:26AM | 7 | community transition services for both adults and children. |
| 11:25:30AM | 8 | The current year budget also includes $41 million to |
| 11:25:34AM | 9 | support the expansion of two units at our Hawthorne Center for |
| 11:25:36AM | 10 | children recognizing the needs of children in private hospital |
| 11:25:40AM | 11 | settings that require an inpatient level of care. |
| 11:25:44AM | 12 | These are some of the ways that we continue to expand |
| 11:25:46AM | 13 | services for children and families in Michigan, and as I have |
| 11:25:49AM | 14 | mentioned earlier, you have my full commitment to improve |
| 11:25:53AM | 15 | safety and outcomes for children and families in Michigan. |
| 11:25:57AM | 16 | I am exceedingly proud of the work that we do and the |
| 11:26:01AM | 17 | improvements that we are making as we continue to work toward |
| 11:26:03AM | 18 | excellence in our child welfare system. |
| 11:26:06AM | 19 | I will now turn it over to Kelly Sesti, who does |
| 11:26:09AM | 20 | maintain the coordination of reporting for the MISEP and the |
| 11:26:11AM | 21 | implementation of our CAP strategies for the Department in her |
| 11:26:16AM | 22 | new role as bureau administration director for children's |
| 11:26:20AM | 23 | services to go over some of these things in more detail. |
| 11:26:23AM | 24 | Thank you, Your Honor. |
| 11:26:25AM | 25 | **THE COURT:**  Thank you, Director Hertel. |

| | | |
|---|---|---|
| 11:26:28AM | 1 | Ms. Sesti. |
| 11:26:29AM | 2 | **DIRECTOR SESTI:**  Thank you, Director Hertel, and good |
| 11:26:34AM | 3 | morning, Your Honor.  I appreciate the opportunity to outline |
| 11:26:34AM | 4 | some of our progress and updates since the last hearing. |
| 11:26:37AM | 5 | Cass, are you able to share our PowerPoint? |
| 11:26:41AM | 6 | **MS. DRYSDALE-CROWN:**  Yes, I am doing that now. |
| 11:26:48AM | 7 | **DIRECTOR SESTI:**  Okay.  All right.  Perfect.  Thank |
| 11:26:48AM | 8 | you, Cass.  Now if we could start with the data slides. |
| 11:26:53AM | 9 | So we wanted to begin with sharing some data with all |
| 11:26:57AM | 10 | of you, so this graph shows the number of children under the |
| 11:27:00AM | 11 | Department's supervision as well as the children in out-of-home |
| 11:27:04AM | 12 | care.  It also shows removals and exits from care for the past |
| 11:27:10AM | 13 | year. |
| 11:27:10AM | 14 | So as you can see, we've seen a steady decline in the |
| 11:27:13AM | 15 | number of children under our supervision and in out-of-home |
| 11:27:13AM | 16 | care.  We currently have approximately 10,000 children under |
| 11:27:19AM | 17 | our supervision, and just under 9,400 children in out-of-home |
| 11:27:22AM | 18 | care.  Our exits from care are outpacing our removals, which is |
| 11:27:28AM | 19 | why we continue to see a decline in the number of children in |
| 11:27:30AM | 20 | care.  This can also be attributed to our prevention work as |
| 11:27:34AM | 21 | well as our focus on permanency. |
| 11:27:39AM | 22 | In the next slide, this graph shows the total number |
| 11:27:43AM | 23 | of children from both our foster care and our juvenile justice |
| 11:27:46AM | 24 | programs who are placed for treatment in a congregate care |
| 11:27:51AM | 25 | setting.  Specifically it covers the beginning of MISEP 21 |

| | | |
|---|---|---|
| 11:27:54AM | 1 | through the end of December 2022.  As you can see, we've |
| 11:27:58AM | 2 | continued to see a steady decline.  As of December, we had only |
| 11:28:02AM | 3 | 364 foster youth receiving treatment in congregate care |
| 11:28:07AM | 4 | settings.  The State continues to have a focus on keeping |
| 11:28:09AM | 5 | children in their communities. |
| 11:28:15AM | 6 | As I think we miss -- we have one more to update. |
| 11:28:20AM | 7 | You want to go back one slide. |
| 11:28:22AM | 8 | So this is an overlay of the last 12 months of data |
| 11:28:25AM | 9 | for children in congregate care and out-of-home placements. |
| 11:28:27AM | 10 | Both have continually shown a decrease.  I think it's important |
| 11:28:31AM | 11 | to note that about 3.9 percent of the foster care population in |
| 11:28:35AM | 12 | Michigan is receiving treatment in a congregate care setting |
| 11:28:39AM | 13 | compared to the national average of 9 percent, and we received |
| 11:28:42AM | 14 | that information from Casey Family Programs.  So Michigan is |
| 11:28:48AM | 15 | well under the national average, and we continue to utilize |
| 11:28:52AM | 16 | treatment in congregate care settings only when absolutely |
| 11:28:55AM | 17 | necessary with a focus on strengthening our community |
| 11:28:58AM | 18 | placements. |
| 11:29:02AM | 19 | Next we'll move to permanency.  In regards to |
| 11:29:07AM | 20 | permanency, we continue our quality improvement effort called |
| 11:29:10AM | 21 | ChildStat.  We adopted this model because it is nationally |
| 11:29:15AM | 22 | recognized and it has a continued focus on the achievement of |
| 11:29:17AM | 23 | permanency in 12 months.  We have added an emphasis on service |
| 11:29:21AM | 24 | delivery related to permanency.  Counties are identifying any |
| 11:29:25AM | 25 | barriers, and we work as a team to find solutions.  We also |

| | | |
|---|---|---|
| 11:29:28AM | 1 | identify best practices to share staff -- to share statewide, |
| 11:29:32AM | 2 | excuse me, including staff retention strategies because we know |
| 11:29:37AM | 3 | staffing changes negatively impact permanency.  We're also |
| 11:29:41AM | 4 | developing supports for relatives to support placements and our |
| 11:29:45AM | 5 | counties have begun meeting regularly with their court partners |
| 11:29:49AM | 6 | to discuss permanency data. |
| 11:29:53AM | 7 | As an update to the information we provided at the |
| 11:29:55AM | 8 | last hearing, the Department and the State Court Administrative |
| 11:29:59AM | 9 | Office are working with the University of Michigan to finalize |
| 11:30:02AM | 10 | the data visualization tool for jurists to utilize across the |
| 11:30:07AM | 11 | State.  The tool is a public-facing data dashboard to enable |
| 11:30:11AM | 12 | the courts to have a centralized and accessible source of data |
| 11:30:13AM | 13 | regarding children in foster care that are in their respective |
| 11:30:16AM | 14 | counties. |
| 11:30:17AM | 15 | U of M will have the tool developed by the end of |
| 11:30:21AM | 16 | month.  Trainings are being planned for February and March and |
| 11:30:23AM | 17 | will include all legal partners statewide as well as |
| 11:30:27AM | 18 | caseworkers, both public and private.  The application is |
| 11:30:31AM | 19 | interactive and will allow our legal partners to better track |
| 11:30:34AM | 20 | data and measure outcomes related to permanency. |
| 11:30:38AM | 21 | We've also implemented expedited permanency hearings |
| 11:30:40AM | 22 | in Calhoun and Van Buren Counties.  Both programs have seen |
| 11:30:44AM | 23 | success in moving to permanency more quickly, and we look |
| 11:30:48AM | 24 | forward to sharing those best practices and information with |
| 11:30:50AM | 25 | other courts cross Michigan. |

| | | |
|---|---|---|
| 11:30:52AM | 1 | MDHHS is committed to improving well-being outcomes |
| 11:31:00AM | 2 | for the children and families we serve.  We've added two new |
| 11:31:03AM | 3 | contracts to expand resources for domestic violence services. |
| 11:31:06AM | 4 | We've also implemented an enhanced treatment foster care pilot |
| 11:31:11AM | 5 | which provides supports to caregivers given an evidence-based |
| 11:31:15AM | 6 | model to maintain placements that are at risk for disruption. |
| 11:31:18AM | 7 | The caregiver support is aimed to stabilize the |
| 11:31:21AM | 8 | placement and ensure the child receives services to meet their |
| 11:31:24AM | 9 | immediate needs.  The program responds to the family within 24 |
| 11:31:28AM | 10 | hours of referral. |
| 11:31:34AM | 11 | And, lastly, I wanted to highlight a few of our |
| 11:31:37AM | 12 | supports that we have put in place to promote placement |
| 11:31:40AM | 13 | stability, especially for our kinship providers.  I will just |
| 11:31:44AM | 14 | highlight a few of them listed here. |
| 11:31:47AM | 15 | So we've developed the Kinship Advisory Council, |
| 11:31:50AM | 16 | which is tasked with advocating for the needs of kinship |
| 11:31:53AM | 17 | families.  The Council has quarterly meetings with two |
| 11:31:56AM | 18 | subcommittees that meet monthly and focus on outreach and |
| 11:32:00AM | 19 | engagement and services coordination and delivery. |
| 11:32:04AM | 20 | We're also excited about our grow curriculum being |
| 11:32:09AM | 21 | utilized for all new foster and adoptive parents and the |
| 11:32:12AM | 22 | release of this computer-based training later this year. |
| 11:32:16AM | 23 | As we mentioned at the last hearing, kinship parent |
| 11:32:20AM | 24 | support workers have been hired throughout the State to provide |
| 11:32:23AM | 25 | extra support for kinship caregivers, and we're especially |

| | | |
|---|---|---|
| 11:32:27AM | 1 | excited that we also received funding for these workers to have |
| 11:32:30AM | 2 | access to funds to provides concrete supports for the families |
| 11:32:34AM | 3 | that they're working with. |
| 11:32:36AM | 4 | And, lastly, I'll mention in Wayne, Oakland and |
| 11:32:39AM | 5 | Macomb we are implementing the Core Teen pilot, which is aimed |
| 11:32:43AM | 6 | at providing specialized training to foster parents on caring |
| 11:32:47AM | 7 | for teens with the goal of expanding foster homes for older |
| 11:32:51AM | 8 | youth. |
| 11:32:55AM | 9 | Thank you, Your Honor, for the opportunity to |
| 11:32:57AM | 10 | present, and I'm happy to answer any questions regarding any of |
| 11:33:01AM | 11 | the slides, either now or after Director Starling presents some |
| 11:33:05AM | 12 | additional information regarding our efforts to improve safety. |
| 11:33:10AM | 13 | THE COURT:  Let's hear from Director Starling before |
| 11:33:13AM | 14 | we start with questions. |
| 11:33:14AM | 15 | DIRECTOR SESTI:  Okay.  Thank you. |
| 11:33:17AM | 16 | DIRECTOR STARLING:  And thank you, Kelly.  Good |
| 11:33:18AM | 17 | morning, Your Honor. |
| 11:33:19AM | 18 | THE COURT:  Good morning. |
| 11:33:19AM | 19 | DIRECTOR STARLING:  As you saw on Kelly's |
| 11:33:21AM | 20 | presentation, MDHHS has implemented strategic efforts to |
| 11:33:26AM | 21 | improve the safety children in our care, expand our resources |
| 11:33:28AM | 22 | for our kin, and continues to decrease the number of children |
| 11:33:32AM | 23 | in out-of-home care and those also in congregate care setting. |
| 11:33:36AM | 24 | This is great work we believe, and we are very proud of our |
| 11:33:39AM | 25 | progress thus far, but we know the safety of children placed in |

| | | |
|---|---|---|
| 11:33:43AM | 1 | our care continues to be our priority. |
| 11:33:47AM | 2 | I believe the strategies being implemented through |
| 11:33:50AM | 3 | the Court's approved Correctional Action Plan and our joint |
| 11:33:54AM | 4 | review process with the monitors to review maltreatment in care |
| 11:33:58AM | 5 | cases will continue to help us to achieve compliance with the |
| 11:34:02AM | 6 | MISEP commitments. |
| 11:34:04AM | 7 | As mentioned at the last hearing, the Department |
| 11:34:06AM | 8 | created the Division of Child Safety and Program Compliance to |
| 11:34:10AM | 9 | provide some of the increased contract oversight for our |
| 11:34:14AM | 10 | congregate care facilities and our private foster care |
| 11:34:17AM | 11 | agencies.  Since our last status hearing, we have begun |
| 11:34:21AM | 12 | implementing this new division and all contracted CCI and |
| 11:34:25AM | 13 | foster care providers have been placed on an annual schedule |
| 11:34:29AM | 14 | for contract evaluations. |
| 11:34:32AM | 15 | The evaluations are data driven and maintain a |
| 11:34:35AM | 16 | primary focus on child safety.  This new division facilitates |
| 11:34:41AM | 17 | monthly meetings with both private agency, foster care |
| 11:34:44AM | 18 | providers, and our residential providers to ensure an ongoing |
| 11:34:48AM | 19 | partnership that is focused on improved child safety through |
| 11:34:52AM | 20 | data analysis and shared best practices. |
| 11:34:57AM | 21 | Providers are active participants in all of these |
| 11:34:59AM | 22 | meetings.  This platform provides an opportunity for continuous |
| 11:35:04AM | 23 | engagement and feedback between the Department and our private |
| 11:35:08AM | 24 | agency partners specific to child safety and improved outcomes. |
| 11:35:14AM | 25 | We also continue to work with the Building Bridges |

11:35:20AM  1    Initiative to maintain a keen focus on child safety programming

11:35:21AM  2    around areas such as reduction and elimination of restraints

11:35:26AM  3    and trauma informed care.

11:35:28AM  4         Your Honor, we know we need to continue to make

11:35:31AM  5    system-wide improvements to ensure child safety by preventing

11:35:36AM  6    maltreatment in care incidents.  Accordingly, we created a new

11:35:39AM  7    Maltreatment in Care Division within the Department.  This new

11:35:44AM  8    division reports directly to myself.  The goal is to improve

11:35:48AM  9    consistency in investigations, improve documentation, and

11:35:53AM  10   implement systemic changes to improve safety.

11:35:57AM  11        As I've mentioned, we have worked closely with the

11:36:01AM  12   monitors on the maltreatment in care case reviews and, as a

11:36:04AM  13   result, we have already begun to make improvements within our

11:36:07AM  14   systems.  These improvements include, but are not limited to,

11:36:11AM  15   increased requirements for medical examinations on cases,

11:36:16AM  16   increased child interviews at congregate care facilities,

11:36:21AM  17   requirements to interview teachers, development of a gun

11:36:26AM  18   protocol to offer guidance to our investigators, improved

11:36:32AM  19   documentation on unsubstantiated investigations, exploration of

11:36:37AM  20   funding for requiring cameras in all of our congregate care

11:36:41AM  21   settings, and also, as Kelly has indicated previously, we've

11:36:45AM  22   also developed many programs to support kin providers, which

11:36:49AM  23   improves safety and care per the reports provided to us by the

11:36:53AM  24   University of Michigan through our evaluation of our MIC

11:36:58AM  25   trends.

| | | |
|---|---|---|
| 11:36:58AM | 1 | We are especially excited about the development of |
| 11:37:01AM | 2 | the kinship support specialists across the state, and we are |
| 11:37:04AM | 3 | happy to continue to work with the monitors on refining our |
| 11:37:07AM | 4 | practices and procedures.  We will continue to review our |
| 11:37:12AM | 5 | maltreatment in care cases collectively with the monitoring |
| 11:37:15AM | 6 | team, and we are confident that we will see improvement in |
| 11:37:18AM | 7 | these cases based off of these efforts. |
| 11:37:20AM | 8 | Again, Your Honor, I appreciate the time here being |
| 11:37:24AM | 9 | able to go over some of our enhancements and some of our |
| 11:37:28AM | 10 | transformative changes and I will defer to the group if they |
| 11:37:31AM | 11 | have any questions or things that they want us to touch more |
| 11:37:34AM | 12 | upon.  Thank you. |
| 11:37:36AM | 13 | **THE COURT:**  Thank you, Director Starling. |
| 11:37:39AM | 14 | Ms. Bartosz, I'll hear from you, and then we can have |
| 11:37:42AM | 15 | our question session when everybody's done making their |
| 11:37:47AM | 16 | presentation. |
| 11:37:49AM | 17 | **MS. BARTOSZ:**  Thank you, Your Honor.  Good morning. |
| 11:37:52AM | 18 | Nice to be before the Court again. |
| 11:37:56AM | 19 | Your Honor, there are two, if you will, sets of |
| 11:37:58AM | 20 | performance data I think we're looking at this morning.  One is |
| 11:38:03AM | 21 | the validated performance reported by the monitors with respect |
| 11:38:09AM | 22 | to MISEP period 21 and, secondly, is performance data with |
| 11:38:16AM | 23 | respect to work by DHS in implementing the CAP that this Court |
| 11:38:22AM | 24 | approved last April. |
| 11:38:23AM | 25 | Your Honor, significantly, with respect to the MISEP |

| | | |
|---|---|---|
| 11:38:25AM | 1 | report 21, as Ms. Crummy pointed out, there are 24 areas in |
| 11:38:32AM | 2 | which the State has still not achieved even coming within |
| 11:38:37AM | 3 | 10 percent of the performance goal agreed to by the parties in |
| 11:38:41AM | 4 | entering into the settlement. |
| 11:38:44AM | 5 | In short, in a number of areas, significant work |
| 11:38:49AM | 6 | remains to be done.  However, focusing really on the area of |
| 11:38:56AM | 7 | safety to get an overall feel for where we're at, there's two |
| 11:39:03AM | 8 | safety areas the monitors have reported with respect to in |
| 11:39:07AM | 9 | MISEP 21 that are of grave concern, or great concern I'll say, |
| 11:39:11AM | 10 | to plaintiffs here. |
| 11:39:13AM | 11 | One is the issue of maltreatment in care, and, as |
| 11:39:17AM | 12 | Ms. Crummy outlined for the Court, the monitors conducted a |
| 11:39:20AM | 13 | review of 92 randomly selected cases from federal fiscal year |
| 11:39:27AM | 14 | 2021, and in that group determined that 37 percent of CPS |
| 11:39:34AM | 15 | investigations with respect to maltreatment in care -- I should |
| 11:39:37AM | 16 | say maltreatment in care investigations -- were deficient. |
| 11:39:42AM | 17 | There should have been further investigation or the |
| 11:39:45AM | 18 | agency should have actually substantiated an investigation that |
| 11:39:50AM | 19 | are returned as unsubstantiated, and you've heard that DHS |
| 11:39:54AM | 20 | itself, in reviewing these files with the monitors, have agreed |
| 11:39:59AM | 21 | that 31 percent of that sample was, in fact, deficient. |
| 11:40:04AM | 22 | That's incredibly concerning to the plaintiffs, Your |
| 11:40:07AM | 23 | Honor, even this late into the implementation of the settlement |
| 11:40:13AM | 24 | that literally one-third of cases going through maltreatment in |
| 11:40:16AM | 25 | care investigations could, by the State's own admission, be |

| | | |
|---|---|---|
| 11:40:22AM | 1 | falling short of sound practice.  So we think vital work |
| 11:40:27AM | 2 | remains to be done in that area. |
| 11:40:30AM | 3 | In the related area of contract oversight, DHS |
| 11:40:34AM | 4 | assuring appropriate performance by its private providers, the |
| 11:40:38AM | 5 | monitors have reported -- and I'll quote them -- that DHS's |
| 11:40:43AM | 6 | contract evaluations, quote, "Continue to be inconsistent, at |
| 11:40:47AM | 7 | times ineffective and in numerous instances did not ensure the |
| 11:40:52AM | 8 | safety and well-being of the plaintiffs."  We're, likewise, |
| 11:40:57AM | 9 | very concerned by this finding this long into the |
| 11:41:03AM | 10 | implementation and believe it's vital that continuing efforts |
| 11:41:07AM | 11 | be made. |
| 11:41:08AM | 12 | Finally, with respect to the MISEP 21 report, I would |
| 11:41:14AM | 13 | highlight the ways that -- the distance that still needs to be |
| 11:41:17AM | 14 | closed on the permanency within 12 months outcome.  Children |
| 11:41:21AM | 15 | were moved into the system, how quickly they can receive |
| 11:41:27AM | 16 | placement, stable placements, once coming into foster care. |
| 11:41:31AM | 17 | The performance there is quite short, and as Ms. Crummy pointed |
| 11:41:35AM | 18 | out, the State literally needed to see 720 additional children |
| 11:41:40AM | 19 | in placement in that 12-month period in order to meet the |
| 11:41:44AM | 20 | performance goal in the settlement agreement, which happens to |
| 11:41:48AM | 21 | be the federal child and families services review requirements |
| 11:41:53AM | 22 | as well. |
| 11:41:54AM | 23 | So there are big areas shown in MISEP 21 where work |
| 11:41:59AM | 24 | must be done, but I will say on behalf of plaintiffs, there are |
| 11:42:03AM | 25 | many areas of achievement as well, Judge, and we would be |

| 11:42:07AM | 1 | absolutely remiss not to congratulate the State on the work |
| 11:42:12AM | 2 | done in those areas and to applaud those efforts.  That's the |
| 11:42:16AM | 3 | reason we're here going through this very important process, |
| 11:42:19AM | 4 | but, unfortunately, the accomplishments are accompanied by |
| 11:42:24AM | 5 | areas where there continues to be rather substantial deficient |
| 11:42:28AM | 6 | performance. |
| 11:42:30AM | 7 | Your Honor, secondly, turning quickly to the area of |
| 11:42:33AM | 8 | the CAP, plaintiffs are pleased to hear about the efforts being |
| 11:42:41AM | 9 | made by DHS.  We listened very carefully to the presentations |
| 11:42:45AM | 10 | Your Honor just heard from Ms. Sesti and Mr. Starling, and we |
| 11:42:49AM | 11 | have no doubt that management is making efforts and focused |
| 11:42:54AM | 12 | efforts to get after the performance areas that are covered by |
| 11:42:58AM | 13 | the CAP.  We look forward to seeing validated data, Your Honor, |
| 11:43:07AM | 14 | that would tell us how the CAP efforts translate into actual |
| 11:43:13AM | 15 | performance on the performance metrics or outcomes defined in |
| 11:43:18AM | 16 | the settlement agreement. |
| 11:43:20AM | 17 | So while we're pleased to hear about the outcomes, we |
| 11:43:24AM | 18 | want to see how that is actually making a difference.  We hope |
| 11:43:28AM | 19 | it's making a significant difference.  We just haven't seen |
| 11:43:32AM | 20 | data on that at this point. |
| 11:43:33AM | 21 | So, Your Honor, in closing, I think we're at a place |
| 11:43:37AM | 22 | in this settlement agreement implementation process where we |
| 11:43:44AM | 23 | can all be pleased with progress that's been made in a variety |
| 11:43:51AM | 24 | of areas, but I think it's time to still take a deep breath and |
| 11:43:57AM | 25 | look at what remains to be done and come up with a focused |

| 11:44:03AM | 1 | energized effort to take the settlement agreement across the |
|---|---|---|
| 11:44:08AM | 2 | goal line, and that may still take some time, Your Honor. |
| 11:44:11AM | 3 | Thank you. |
| 11:44:14AM | 4 | **THE COURT:**  Thank you, Ms. Bartosz. |
| 11:44:16AM | 5 | I have to say, just as a preliminary matter, that I |
| 11:44:20AM | 6 | am delighted with the progress that has been made since we |
| 11:44:25AM | 7 | adopted the CAP last April.  I think the State has taken huge |
| 11:44:30AM | 8 | steps under Director Hertel and congratulations are in order |
| 11:44:38AM | 9 | for sure. |
| 11:44:40AM | 10 | But I don't disagree with Ms. Bartosz.  There are |
| 11:44:43AM | 11 | still a few areas that need to have additional work done.  The |
| 11:44:50AM | 12 | maltreatment in care, the contract oversight and the permanency |
| 11:44:57AM | 13 | issue all need additional care attention, and I think we can |
| 11:45:05AM | 14 | all see that finish line ahead of us.  Whether it's two years |
| 11:45:12AM | 15 | from now, two and a half years from now, it's hard for me to |
| 11:45:16AM | 16 | say.  I'm not good at predicting the future, but I know that |
| 11:45:23AM | 17 | the monitors have a suggested plan for moving forward, and I |
| 11:45:29AM | 18 | would be happy to hear from Mr. Ryan or Ms. Crummy about what |
| 11:45:34AM | 19 | their suggestion are. |
| 11:45:35AM | 20 | **MR. RYAN:**  Sure, Your Honor.  So Eileen and I would |
| 11:45:40AM | 21 | recommend that after we file with you under seal the findings |
| 11:45:46AM | 22 | from our more recent maltreatment in care investigation case |
| 11:45:51AM | 23 | record review, which we're still discussing with the State -- |
| 11:45:55AM | 24 | we expect that will be March -- that we would confer with you, |
| 11:46:00AM | 25 | Your Honor.  And then with your guidance and support, we would |

| | |
|---|---|
| 11:46:07AM | 1 | convene the parties and would mediate a discussion between the |
| 11:46:14AM | 2 | parties to winnow this agreement so that it focuses squarely on |
| 11:46:19AM | 3 | the areas that are more than 10 percent off of the performance |
| 11:46:24AM | 4 | standard and acknowledges the enormous progress that has been |
| 11:46:30AM | 5 | made in other areas. |
| 11:46:31AM | 6 | And that progress will be evident to the public in |
| 11:46:35AM | 7 | our report, and is evident to the parties and to the Court now, |
| 11:46:38AM | 8 | because at the back of our monitoring report we have color |
| 11:46:43AM | 9 | coded the State's historic progress since adoption of the MISEP |
| 11:46:48AM | 10 | indicating areas where the State continues to meet or exceed |
| 11:46:53AM | 11 | the performance standard, where the State has come close to |
| 11:46:57AM | 12 | meeting the performance standard, and areas where the State has |
| 11:47:00AM | 13 | not nearly done so. |
| 11:47:02AM | 14 | And we hope that that color coding can encourage the |
| 11:47:08AM | 15 | parties to focus on the red areas and have an agreement that |
| 11:47:13AM | 16 | really squarely focuses on getting the rest of these areas, |
| 11:47:18AM | 17 | particularly those that affect children's permanency and |
| 11:47:22AM | 18 | safety, over the finish line. |
| 11:47:24AM | 19 | Eileen, do you have anything to add to that? |
| 11:47:29AM | 20 | **MS. CRUMMY:** No, Kevin. I think that's exactly where |
| 11:47:30AM | 21 | we're at and would recommend to Judge Edmunds and just to |
| 11:47:38AM | 22 | underscore that we agree that there has been tremendous |
| 11:47:42AM | 23 | progress made in this case, and the State, you know, should |
| 11:47:44AM | 24 | take all due credit for that. |
| 11:47:46AM | 25 | But, you know, as we reflect in this most recent |

| | | |
|---|---|---|
| 11:47:48AM | 1 | report, there are areas that significantly impact child safety |
| 11:47:53AM | 2 | and permanency that require focus and clarity and attention, |
| 11:47:57AM | 3 | and we're happy to, with the Court's direction after we file |
| 11:48:03AM | 4 | the March report, convene the parties if that's what the judge |
| 11:48:07AM | 5 | would recommend. |
| 11:48:12AM | 6 | THE COURT:  Sounds good to me, and I'm happy to |
| 11:48:14AM | 7 | participate to any extent that you want me to in a March |
| 11:48:21AM | 8 | meeting that charts the way forward. |
| 11:48:27AM | 9 | So anyone else have any thoughts about the |
| 11:48:33AM | 10 | suggestion? |
| 11:48:36AM | 11 | MS. BARTOSZ:  Your Honor, this is Samantha Bartosz. |
| 11:48:38AM | 12 | On behalf of the plaintiffs, we're, of course, most interested |
| 11:48:42AM | 13 | in seeing the settlement agreement fully implemented and the |
| 11:48:49AM | 14 | strategy that the monitors just outlined for the Court.  Sounds |
| 11:48:54AM | 15 | like it could be a meaningful and productive move in that |
| 11:48:58AM | 16 | direction, so plaintiffs are willing to very much take part in |
| 11:49:04AM | 17 | those discussions and hopefully to arrive at a way to really |
| 11:49:10AM | 18 | target our goal toward getting some of these safety and other |
| 11:49:15AM | 19 | outcomes across the goal line. |
| 11:49:20AM | 20 | MS. DRYSDALE-CROWN:  And, Your Honor, this is |
| 11:49:20AM | 21 | Assistant Attorney General Cassandra Drysdale-Crown.  Again I |
| 11:49:26AM | 22 | want to thank the monitors, Samantha, Your Honor, for |
| 11:49:29AM | 23 | continuing to work with the Department in its goals.  Its |
| 11:49:35AM | 24 | primary goal is children's safety, and it is committed to |
| 11:49:38AM | 25 | working and maintaining excellence in providing safety to |

11:49:44AM   1    children placed in its care.

11:49:47AM   2           We would be very excited to work with plaintiffs and

11:49:53AM   3    the monitors to narrow down the commitments to focus on

11:50:00AM   4    children's safety in some of the areas where the Department --

11:50:03AM   5    where the MISEP has shown that there's been some deficiency,

11:50:07AM   6    and I just wanted to stress for everyone again that MISEP 21

11:50:14AM   7    data was from 2021 and that the Department believes that Kevin

11:50:22AM   8    and Eileen, with the Court monitoring team, will be able to see

11:50:25AM   9    that tremendous progress has occurred since that time.

11:50:29AM   10           And, Samantha, I can appreciate your -- your

11:50:33AM   11    reluctance to click your heels to this right now, but hopefully

11:50:37AM   12    we'll see some demonstrable evidence and data and some tangible

11:50:43AM   13    anecdotal information that will come forth in that March

11:50:48AM   14    report.

11:50:48AM   15           So thank you very much, Your Honor, for your time and

11:50:51AM   16    we look forward to working with everyone to really narrow down

11:50:54AM   17    the focus and help us achieve the goals that this Court has set

11:51:02AM   18    before us.

11:51:04AM   19           **THE COURT:** Good. Anyone else?

11:51:10AM   20           All right. Thank you all for participating, for the

11:51:14AM   21    PowerPoint, for the report, especially for the monitors and all

11:51:19AM   22    the hard work that the State has done and from the oversight

11:51:24AM   23    that the plaintiffs continue to provide.

11:51:28AM   24           And once we get the March report, we can find a date

11:51:33AM   25    to meet with or without me. Thank you.

| | | |
|---|---|---|
| 11:51:42AM | 1 | **MS. BARTOSZ:**  Thank you, Your Honor. |
| 11:51:43AM | 2 | **MS. DRYSDALE-CROWN:**  Thank you, Your Honor. |
| 11:51:44AM | 3 | **THE CLERK:**  We're adjourned. |
| 11:51:45AM | 4 | (At 11:51 a.m., court recessed.) |
| 11:51:46AM | 5 | |
| 11:51:46AM | 6 | |
| 11:51:46AM | 7 | |
| 11:51:46AM | 8 | |
| 11:51:46AM | 9 | |
| 11:51:46AM | 10 | |
| 11:51:46AM | 11 | * * * * * |

12              C E R T I F I C A T E

13       I certify that the foregoing is a correct transcript
         from the proceedings in the above-entitled matter.

14

15

16                              *Carol M. Harrison*

17     Date: 2-28-2023      Carol M. Harrison, RMR, FCRR
                            Official Court Reporter
18                          United States District Court
                            Eastern District of Michigan
19                          1000 Washington Avenue
                            Bay City, MI  48708
20

21

22

23

24

25

D.B. vs. Whitmer - Hearing - January 24, 2023