UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

D. B., et al.,

          Plaintiff(s),

v.    Case No. 2:06−cv−13548−NGE−DAS
    Hon. Nancy G. Edmunds

Michigan, Governor of, et al.,

          Defendant(s),

### ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that this matter is referred to U.S. Magistrate Judge David R. Grand pursuant to 28 U.S.C. § 636(b)(3), for the following purpose(s):

- **Conduct settlement conference**

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

s/L. Bartlett
Case Manager

Dated:   October 23, 2023