# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

D. B., et al.,

                                Plaintiff(s),

v.                                        Case No. 2–06–cv–13548–NGE–DAS
                                                    Hon. Nancy G. Edmunds

Michigan, Governor of, et al.,

                                Defendant(s),

_____

## NOTICE TO APPEAR REMOTELY

    PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Nancy G. Edmunds as follows:

- STATUS CONFERENCE:  July 2, 2024 at 11:00 AM

    The Court will host the hearing.  Prior to the proceeding date, instructions for joining the hearing will be emailed to the participating attorneys.  Be advised that this is an attorneys–only proceeding.  Connection information and instructions may not be forwarded, distributed or shared with non–participants without the Court's advance approval.

## Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                         By: s/Marlena A Williams_____
                                                  Case Manager

Dated:  June 6, 2024