UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

D. B., et al.,

                Plaintiff(s),

v.                                          Case No. 2:06−cv−13548−NGE−DAS
                                                    Hon. Nancy G. Edmunds

Michigan, Governor of, et al.,

                Defendant(s),

## NOTICE TO APPEAR REMOTELY

PLEASE TAKE NOTICE that a remote hearing has been *rescheduled* before District Judge Nancy G. Edmunds as follows:

- STATUS CONFERENCE:  July 2, 2024 at 11:00 AM

The public may access the audio proceedings with the following connection information:

**PHONE NUMBER:** 1(669)254−5252
**MEETING ID:**  160 872 6075

Attorneys and parties required to attend the hearing will be sent connection information in a separate email.

**ADDITIONAL INFORMATION:**   Hearing changed to public hearing.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                    By: s/Marlena A Williams
                                                         Case Manager

Dated:   June 6, 2024