UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

D. B., et al.,

                        Plaintiff(s),

v.                                           Case No. 2:06–cv–13548–NGE–DAS
                                                       Hon. Nancy G. Edmunds

Michigan, Governor of, et al.,

                        Defendant(s),

## NOTICE TO APPEAR REMOTELY

PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Nancy G. Edmunds as follows:

- STATUS CONFERENCE:  January 14, 2025 at 10:30 AM

The public may access the audio proceedings with the following connection information:

**PHONE NUMBER:** 1(669)254–5252
**MEETING ID:**    161 540 5966

Attorneys and parties required to attend the hearing will be sent connection information in a separate email.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                      By: s/Marlena A Williams
                                                           Case Manager

Dated:  November 15, 2024