UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

D. B., et al.,

          Plaintiff(s),

v.                                      Case No. 2:06–cv–13548–NGE–DAS
                                                  Hon. Nancy G. Edmunds

Michigan, Governor of, et al.,

          Defendant(s),

## NOTICE TO APPEAR REMOTELY

PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Nancy G. Edmunds as follows:

- STATUS CONFERENCE: July 14, 2025 at 11:00 AM

The public may access the audio proceedings with the following connection information:

***PHONE NUMBER:*** 1 (669)–254–5252
***MEETING ID:***    160 882 6931

Attorneys and parties required to attend the hearing will be sent connection information in a separate email.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                      By: s/Marlena A Williams
                                            Case Manager

Dated: May 21, 2025