UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

D. B., et al.,

                         Plaintiff(s),

v.                                            Case No. 2:06–cv–13548–NGE–DAS
                                                     Hon. Nancy G. Edmunds

Michigan, Governor of, et al.,

                         Defendant(s),

## NOTICE TO APPEAR REMOTELY

PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Nancy G. Edmunds as follows:

- STATUS CONFERENCE:  February 3, 2026 at 10:30 AM

The public may access the audio proceedings with the following connection information:

***PHONE NUMBER:*** 1 (669)–254–5252
***MEETING ID:***    160 559 5773

Attorneys and parties required to attend the hearing will be sent connection information in a separate email.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                    By: s/Marlena A Williams
                                                          Case Manager

Dated:  November 17, 2025