UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

D. B., et al.,

                              Plaintiff(s),

v.                                                      Case No. 2:06–cv–13548–SKD–DAS
                                                        Hon. Susan K. DeClercq

Michigan, Governor of, et al.,

                              Defendant(s),

_____

**NOTICE TO APPEAR REMOTELY**

   PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Susan K. DeClercq as follows:

   • STATUS CONFERENCE:  May 5, 2026 at 01:30 PM

   The Court will host the hearing.  Prior to the proceeding date, instructions for joining the hearing will be emailed to the participating attorneys.  Be advised that this is an attorneys–only proceeding.  Connection information and instructions may not be forwarded, distributed or shared with non–participants without the Court's advance approval.

**Certificate of Service**

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                              By: s/K. Brown_____
                                    Case Manager

Dated:   April 22, 2026