UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

D. B., et al.,

Plaintiff(s),

v.

Michigan, Governor of, et al.,

Defendant(s),

Case No. 2:06−cv−13548−SKD−DRG
Hon. Susan K. DeClercq

**NOTICE TO APPEAR REMOTELY**

PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Susan K. DeClercq as follows:

- STATUS CONFERENCE:  July 31, 2026 at 04:00 PM

The Court will host the hearing.  Prior to the proceeding date, instructions for joining the hearing will be emailed to the participating attorneys.  Be advised that this is an attorneys−only proceeding.  Connection information and instructions may not be forwarded, distributed or shared with non−participants without the Court's advance approval.

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/K. Brown
Case Manager

Dated:  May 18, 2026