UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERNSOUTHERN DIVISION

DWAYNE B., et al.,

     Plaintiffs,

v

GRETCHEN WHITMER, et al.,

     Defendants.

_____/

No. 2:06-cv-13548

Honorable Susan K. DeClercq
United States District Judge

## STIPULATED ORDER SETTING BRIEFING SCHEDULE AND PAGE LIMITS FOR DEFENDANTS' RULE 60(b) MOTION

Defendants intend to file a motion pursuant to Federal Rule of Civil Procedure 60(b). The parties, through their counsel, stipulate and agree to the below briefing schedule and page limits for this forthcoming motion:

|  | *Deadline* | *Page limit* |
| --- | --- | --- |
| Defendants' motion | June 18, 2026 | 50 pages |
| Plaintiffs' opposition | August 31, 2026 | 50 pages |
| Defendants' reply | September 30, 2026 | 25 pages |

Oral argument will be set by the Court for a date and time in Fall 2026.

**IT IS SO ORDERED.**

/s/ Susan K. DeClercq
SUSAN K. DeCLERCQ
United States District Judge

Dated: June 16, 2026


**Stipulated and Approved for Entry:**

/s/Neil Giovanatti
Neil Giovanatti
Assistant Attorney General
Michigan Dep't of Attorney General
Attorney for Defendants
525 W. Ottawa Street
Lansing, MI 48909
(517) 241-1050
GiovanattiN@michigan.gov


Dated: June 12, 2026

/s/ Samantha M. Bartosz
Samantha M. Bartosz
Children's Rights
Attorney for Plaintiffs
88 Pine Street, Suite 800
New York, NY 10005
(212) 683-2210
sbartosz@childrensrights.org


Dated: June 12, 2026