UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DWAYNE B., et al.,

     Plaintiffs,

v

GRETCHEN WHITMER, et al.,

     Defendants.

No. 2:06-cv-13548

HON. SUSAN K. DeCLERCQ

MJ DAVID R. GRAND

_____/

**STIPULATED ORDER REGARDING LIMITED DISCOVERY AND MODIFYING THE BRIEFING SCHEDULE FOR DEFENDANTS' RULE 60(b) MOTION**

On June 18, 2026, Defendants filed a Motion for Relief from the Modified Implementation, Sustainability, and Exit Plan and to Terminate Jurisdiction (ECF No. 383) pursuant to Federal Rule of Civil Procedure 60(b). The motion was supported by eight declarations (ECF Nos. 383-2 through 383-9). Before filing their opposition to Defendants' motion, which is currently due on August 31, 2026 (ECF No. 382), Plaintiffs seek limited discovery—specifically, to depose some of the declarants related to the contents of their declarations.

To avoid protracted motion practice related to this discovery request, the parties, through their counsel, stipulate and agree to limited discovery under the parameters set forth below:

1

- Plaintiffs may take 5 depositions, limited to 3.5 hours each, and limited to the scope and topics addressed in the deponent's associated declaration;

- The depositions will occur via Zoom, Teams, or a similar videoconference program to avoid travel time and expenses;

- Plaintiffs' five depositions will be completed on or before September 4, 2026, Plaintiffs' opposition to Defendants' motion shall be filed on or before October 2, 2026, and that these deadlines will not be further extended absent good cause shown;

- If Plaintiffs submit declarations or other witness statements in support of their opposition to Defendants' motion, Defendants shall have the opportunity to depose up to 5 declarants under these same parameters (with a reasonable deadline to be negotiated by the parties) and Plaintiffs shall identify the declarant(s)/witness(es) at least seven (7) days before filing their opposition brief to facilitate expedited deposition practice post-filing; and

In recognition of the time needed to complete the depositions address above, the parties further stipulate and agree to modify the Stipulated Order Setting Briefing Schedule and Page Limited for Defendants' Rule 60(b) Motion (ECF No. 382) as follows:

2

- Plaintiffs' opposition brief due October 2, 2026; and

- Defendants' reply due October 30, 2026.

Furthermore, as the parties requested, this Court will hold an evidentiary hearing on December 1 and December 2, 2026 at 10:00 a.m. The parties are **ORDERED** to appear before this Court on those dates.

**IT IS SO ORDERED**.

/s/ Susan K. DeClercq
SUSAN K. DeCLERCQ
United States District Judge

Dated: July 21, 2026

**Stipulated and Approved for Entry:**

/s/Neil Giovanatti
Neil Giovanatti
Assistant Attorney General
Michigan Dep't of Attorney General
Attorney for Defendants
525 W. Ottawa Street
Lansing, MI 48909
(517) 241-1050
GiovanattiN@michigan.gov

Dated: July 20, 2026

/s/ Samantha M. Bartosz
Samantha M. Bartosz
Children's Rights
Attorney for Plaintiffs
88 Pine Street, Suite 800
New York, NY 10005
(212) 683-2210
sbartosz@childrensrights.org

Dated: July 20, 2026

4