UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

D. B., et al.,

                    Plaintiff(s),

v.                                          Case No. 2:06−cv−13548−SKD−DRG
                                            Hon. Susan K. DeClercq

Michigan, Governor of, et al.,

                    Defendant(s),
_____

**NOTICE TO APPEAR REMOTELY**

   PLEASE TAKE NOTICE that a remote hearing has been *rescheduled* before District
Judge Susan K. DeClercq as follows:

   • STATUS CONFERENCE:  July 30, 2026 at 04:00 PM

   The public may access the audio proceedings with the following connection information:

   ***PHONE NUMBER,, CONFERENCE ID:***    451 188 099

   Attorneys and parties required to attend the hearing will be sent connection information in a
separate email.

**Certificate of Service**

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of
record were served.

                              By: s/K. Brown_____
                                  Case Manager

Dated:   July 24, 2026