UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

D. B., et al.,

Plaintiff(s),

v.

Case No. 2:06−cv−13548−SKD−DRG
Hon. Susan K. DeClercq

Michigan, Governor of, et al.,

Defendant(s),

**NOTICE TO APPEAR REMOTELY**

PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Susan K. DeClercq as follows:

- MISCELLANEOUS HEARING: December 1, 2026 at 10:00 AM

The public may access the audio proceedings with the following connection information:

***PHONE NUMBER:***
***MEETING ID:*** 165 487 5234

Attorneys and parties required to attend the hearing will be sent connection information in a separate email.

**ADDITIONAL INFORMATION:** Oral Arguments only

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/K. Brown
Case Manager

Dated: November 17, 2026